

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



| | |
|---|---|
| LARRY A. KATZ and, <br> KENNETH M. RAFTERY, <br> Plaintiffs, <br> vs. <br> THE SEPARATION PAY PLAN OF <br> TEXACO, INC. and TEXACO INC. <br> Defendant. | CASE NO. 3: 02CV02201(AWT) <br><br> October 8, 2003 |

### SECOND MOTION TO EXTEND TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the defendants, The Separation Pay Plan of Texaco Inc., and Texaco Inc. ("Defendants"), respectfully request that the time for responding to Plaintiffs' motion to compel be extended 7 days from October 10, 2003 to October 17, 2003.

In support of this Motion, Defendants represent as follows:

1. Defendants' response to Plaintiffs' motion to compel is currently due on October 10, 2003.

2. With the 7-day extension, Defendants' response to Plaintiffs' motion to compel will be due on October 17, 2003.

3. Defendants' counsel has contacted Plaintiffs' counsel to ascertain his position on this motion and he has consented to the requested extension of time.

4. The extension is necessary because Counsel for the Parties' are attempting to resolve the disputes contained in the motion to compel, and, if resolved, a response will not be necessary.

Extension GRANTED, nunc pro tunc, to and including October 17, 2003.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   10/17/03