UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY A. KATZ and,<br>KENNETH M. RAFTERY,<br>            Plaintiffs,<br>vs.<br><br>THE SEPARATION PAY PLAN OF<br>TEXACO, INC. and TEXACO INC.<br><br>            Defendant. | CASE NO. 3: 02CV02201(AWT)<br><br><br><br><br><br>October 27, 2003 |

### MOTION TO EXTEND TIME *NUNC PRO TUNC*

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the defendants, The Separation Pay Plan of Texaco Inc., and Texaco Inc. ("Defendants"), respectfully request that the time for responding to Plaintiffs' motion to compel be extended 1 business day, from October 24 to October 27, 2003, *nunc pro tunc*.

In support of this Motion, Defendants represent as follows:

1. Defendants' response to Plaintiffs' motion to compel is currently due on October 24, 2003.

2. With the 1 business day extension, Defendants' response to Plaintiffs' motion to compel will be due on October 27, 2003.

3. Defendants' counsel has contacted Plaintiffs' counsel to ascertain his position on this motion and plaintiff's counsel has consented to this motion.

4. The extension is necessary because the parties have been negotiating to resolve the disputes contained in the motion to compel, and, if resolved, a response would not have been necessary. While the parties are continuing to negotiate these disputes, the filing of the response to the Plaintiff's Motion to Dismiss was unexpectedly delayed by difficulties

associated with complying with the Court's recent directives to create PDF files. While counsel welcomes this new electronic filing initiative, unexpected delays resulted in the courier arriving at the courthouse a few minutes after 5 P.M. and being unable to file the pleading.

5.   This is Defendants' fourth motion for an extension of time to file a response to Plaintiffs' motion to compel. The opposition is submitted herewith.

WHEREFORE, the defendants, The Separation Pay Plan of Texaco Inc., and Texaco Inc., respectfully request that this Motion to Extend Time be granted.

Respectfully submitted,

THE DEFENDANTS,
THE SEPARATION PAY PLAN OF TEXACO INC., AND TEXACO INC.

By:_____
Conrad S. Kee (CT 16904)
Michelle H. Riordan (CT 23774)
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
(203) 961-0404
(203) 324-4704 (facsimile)
Keec@jacksonlewis.com
Riordanm@jacksonlewis.com

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date, to:

Scott R. Lucas
Mary Alice S. Canaday
Martin, Lucas & Chioffi
177 Broad Street
Stamford, CT 06904

2