02CV2201 third mtn xtend

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LARRY A. KATZ and,
KENNETH M. RAFTERY,
         Plaintiffs,

vs.

THE SEPARATION PAY PLAN OF
TEXACO, INC. and TEXACO INC.

         Defendant.

CASE NO. 3: 02CV02201(AWT)

October 16, 2003

### THIRD MOTION TO EXTEND TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the defendants, The Separation Pay Plan of Texaco Inc., and Texaco Inc. ("Defendants"), respectfully request that the time for responding to Plaintiffs' motion to compel be extended 7 days from October 17, 2003 to October 24, 2003.

In support of this Motion, Defendants represent as follows:

1. Defendants' response to Plaintiffs' motion to compel is currently due on October 17, 2003.

2. With the 7-day extension, Defendants' response to Plaintiffs' motion to compel will be due on October 24, 2003.

3. Defendants' counsel has contacted Plaintiffs' counsel to ascertain his position on this motion and he has consented to the requested extension of time.

4. The extension is necessary because Counsel for the Parties' are attempting to resolve the disputes contained in the motion to compel, and, if resolved, a response will not be necessary.

Extension GRANTED, nunc pro tunc, to and including October 24, 2003. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   10/23/03