UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------x
: 
LARRY A. KATZ,                   :
:
    Plaintiff,                  :
:
v.                               :    Civil No. 3:02CV02201 (AWT)
:
THE SEPARATION PAY PLAN OF       :
TEXACO, INC. and TEXACO, INC.,   :
:
    Defendants.                 :
:
---------------------------------x

### REFERRAL TO MAGISTRATE JUDGE

    This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

\_\_\_\_  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_  A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

<u>X</u>  A ruling on the following motions, which are currently pending: <u>Defendant's Motion to Extend Time *Nunc Pro Tunc*</u>. The underlying motion to compel was referred on September 17, 2003. (orefm.)

\_\_\_\_  A settlement conference (orefmisc./cnf)

\_\_\_\_  Other:_____(orefmisc./misc)

    It is so ordered.

    Dated this 4th day of <u>November</u>, 2003, at Hartford, Connecticut.

                                  Alvin W. Thompson
                            United States District Judge