

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY A. KATZ and,<br>KENNETH M. RAFTERY,<br>               Plaintiffs,<br>vs.<br><br>THE SEPARATION PAY PLAN OF<br>TEXACO, INC. and TEXACO INC.<br>               Defendant. | CASE NO. 3: 02CV02201(AWT)<br><br><br><br><br><br>October 27, 2003 |

### MOTION TO EXTEND TIME *NUNC PRO TUNC*

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the defendants, The Separation Pay Plan of Texaco Inc., and Texaco Inc. ("Defendants"), respectfully request that the time for responding to Plaintiffs' motion to compel be extended 1 business day, from October 24 to October 27, 2003, *nunc pro tunc*.

In support of this Motion, Defendants represent as follows:

1. Defendants' response to Plaintiffs' motion to compel is currently due on October 24, 2003.

2. With the 1 business day extension, Defendants' response to Plaintiffs' motion to compel will be due on October 27, 2003.

3. Defendants' counsel has contacted Plaintiffs' counsel to ascertain his position on this motion and plaintiff's counsel has consented to this motion.

4. The extension is necessary because the parties have been negotiating to resolve the disputes contained in the motion to compel, and, if resolved, a response would not have been necessary. While the parties are continuing to negotiate these disputes, the filing of the response to the Plaintiff's Motion to Dismiss was unexpectedly delayed by difficulties

[Stamps in left margin: "SO ORDERED. Donna F. Martinez, U.S.M.J." / "nunc pro tunc" (struck through) / "FILED 2003 NOV -6 P 2:21 US DISTRICT COURT HARTFORD CT"]