UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| LARRY A. KATZ and, <br> KENNETH M. RAFTERY, <br><br> Plaintiffs, <br><br> vs. <br><br> THE SEPARATION PAY PLAN OF <br> TEXACO, INC. and TEXACO INC. <br><br> Defendants. | 2003 NOV 19 P 2: 54 <br> CASE NO. 3: 02CV02201(AWT) <br> US DISTRICT COURT <br> HARTFORD CT <br><br><br><br><br> November 18, 2003 |

## MOTION FOR PROTECTIVE ORDER AND TO QUASH SUBPOENA

Pursuant to Federal Rules of Civil Procedure 26(d) and 45, Defendants, The Separation Pay Plan of Texaco, Inc and Texaco, Inc. ("Defendants"), and Non-Party Discovery Respondent, Fuel and Marine Marketing, LLC ("FAMM"), by and through the undersigned attorneys, hereby petition this Court for a protective order regarding the depositions of John Goldsby, Rob Boilla, Carolyn Sellers, Peter Meade, Pat Lynch, Michele Swanson and C. Michael Bandy and quashing the subpoenas served upon FAMM seeking to compel the depositions of Michele Swanson and C. Michael Bandy in Stamford.

Dated: November 18, 2003

Respectfully submitted,

THE DEFENDANTS,
THE SEPARATION PAY PLAN OF TEXACO
INC., AND TEXACO INC. AND
FUEL AND MARINE MARKETING, LLC

By: _____
Conrad S. Kee (CT 16904)
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
(203) 961-0404

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was hand delivered this date to:

                    Scott R. Lucas, Esq.
                  Martin, Lucas & Chioffi, LLP
                  177 Broad Street, 16th Floor
                  Stamford, Connecticut 06904

_____