# EXHIBIT A

# THE SEPARATION PAY PLAN OF TEXACO INC.
## Summary Plan Description and Formal Text

## Table of Contents

PURPOSE ................................................................................................. 1
DEFINITIONS .......................................................................................... 1
ELIGIBILITY ........................................................................................... 1
   Who is Eligible ..................................................................................... 1
   Who is Not Eligible .............................................................................. 1
SERVICE .................................................................................................. 2
   A Completed Year of Service ............................................................... 2
   Service for Eligibility ........................................................................... 2
   Service for Benefits .............................................................................. 2
   Breaks in Service .................................................................................. 3
BENEFITS ................................................................................................ 3
   Options .................................................................................................. 5
   Basic Benefits ....................................................................................... 5
   Enhanced Benefits ................................................................................ 5
   Schedule of Benefits ............................................................................. 5
PAYMENT OF BENEFITS ..................................................................... 6
   When Benefits Are Payable ................................................................. 7
   Death ..................................................................................................... 7
ASSIGNMENT OF BENEFITS ............................................................... 7
EXTENSION OF MEDICAL BENEFITS ............................................... 7
   Special COBRA Provisions .................................................................. 8
RE-EMPLOYMENT ................................................................................ 8
   If You Previously Received Separation Pay ....................................... 10
   If You Did Not Receive Separation Pay ............................................. 10
DENIAL OF BENEFITS ........................................................................ 11
CHANGE OF CONTROL ...................................................................... 13
   Definitions ........................................................................................... 14
   Eligibility ............................................................................................ 14
   Benefits ............................................................................................... 16
CLAIMS PROCEDURES ...................................................................... 17
   Presentation of Claims ........................................................................ 23
   Procedures for Review of Claims Denied in Whole or In Part .......... 23
ADMINISTRATION .............................................................................. 23
GOVERNING PLAN DOCUMENT ..................................................... 24
ADDITIONAL INFORMATION .......................................................... 24
STATEMENT OF ERISA RIGHTS ....................................................... 25
AGENTS FOR SERVICE OF LEGAL PROCESS ................................ 27

5/2001 .................................................................................................... 28

Separation Pay Plan

Plaintiffs 000207

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request plan documents from the Plan Administrator and do not receive them within 30 days, you may file suit in a Federal court. In this case, the court may require the Plan Administrator to provide the documents and pay you up to $110 a day until you receive the documents, unless the documents were not sent because of reasons beyond the Plan Administrator's control.

If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. In addition, if you disagree with the Plan Administrator's decision about the qualified status of a domestic relations order or a medical child support order, you may file suit in Federal court.

If it should happen that plan fiduciaries misuse a plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in Federal court. The court will decide who should pay court costs and legal fees.

If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

## Assistance With Your Questions

If you have any questions about any of your benefit plans, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Pension and Welfare Benefits Administration.

## AGENTS FOR SERVICE OF LEGAL PROCESS

| Place of Service | Agent |
|---|---|
| New York | T.A. Miller<br>Texaco Inc.<br>2000 Westchester Avenue<br>White Plains, NY 10650 |
| All states other than New York and Puerto Rico, U.S. Virgin Islands | L.R. Jerz<br>Texaco Inc.<br>1111 Bagby Street<br>Houston, TX 77002-2543 |

*Service of legal process may also be made upon the Plan Administrator or a plan trustee.*

Plaintiffs 000235