**EXHIBIT C**

Dec. 1. 2003 1:33PM                                                                                                                     No.5884   P. 31
Case 3:02-cv-02201-AWT    Document 36-5    Filed 12/02/2003    Page 1 of 3



# BALI & INDONESIA ON THE NET

- Easy Indonesian
- Distance Calculator
- Currency Exchange
- Weather
- Book & Music
- F.A.Q

Distance between **Stamford, Connecticut, United States** and **Spring Lake, New Jersey, United States**, as the crow flies:

**70 miles (112 km)** (61 nautical miles)

Initial heading from Stamford to Spring Lake:
   **south-southwest (201.1 degrees)**
Initial heading from Spring Lake to Stamford:
   **north-northeast (20.8 degrees)**

See airfares between these two cities in Expedia or Travelocity.
See hotels in these two cities in Expedia or Travelocity.
See driving distance and directions (courtesy MapBlast).

## Stamford, Connecticut, US

County: **Fairfield County**
Location: **41:05:48N 73:33:10W**
Population (1990): **108056**

## Spring Lake, New Jersey, US

County: **Monmouth County**
Location: **40:09:10N 74:01:39W**
Population (1990): **3499**
Elevation: **25 feet**

You may try a new search.

Find me a Hotel in Bali or Jakarta!

check in  [31]  [December]  [2003]
check out [7]   [January]   [2004]

### CERTIFICATE OF SERVICE

This is to certify that on this 1st day of December, 2003, a copy of the foregoing was hand delivered to:

Conrad S. Kee, Esq.
Jackson Lewis LLP
177 Broad Street, P.O. Box 251
Stamford, CT 06904
Phone: (203) 961-0404
Fax: (203) 324-4704
KeeC@JacksonLewis.com

Scott R. Lucas