UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LARRY A. KATZ AND
KENNETH M. RAFTERY,

    Plaintiffs,

v.     CASE NO. 3:02CV2201(AWT)

THE SEPARATION PAY PLAN OF
TEXACO, INC. AND TEXACO INC.,

    Defendants.

### RULING ON PENDING MOTIONS

The plaintiffs commenced this ERISA action against the defendants alleging that they were improperly denied benefits. The court, after hearing oral argument on the discovery motions pending in this case, rules as follows:

1. The plaintiff's motion for protective order (doc. #20) is DENIED as moot based on the parties' representation that they have agreed upon a protective order.

2. The plaintiff's motion to compel (doc. #21) is GRANTED in part and DENIED in part. The motion, with the exception of interrogatory 7, is DENIED without prejudice to refiling in the event that a dispute remains after the plaintiff reviews the defendant's recent production of documents. Interrogatory 7 is GRANTED. The defendant shall produce the high, low and average amounts of bonuses, stipends and LTIP awards. In the alternative, the defendant may produce the amount of the actual award given or paid. The disclosures may be made pursuant to a protective order.

3. The defendant's motion for a protective order and to quash the plaintiffs' subpoenas (doc. #34) is GRANTED in part and DENIED in part. Patrick Lynch and Peter Meade shall be deposed in New Jersey. The defendant shall pay the plaintiff's travel costs. As to John Goldsby, Rob Boila, Carolyn Sellers, C. Michael Bandy and Michele Swanson, the defendant shall make a good faith inquiry to determine whether any of these individuals will travel to Connecticut in the normal course of business in the next six weeks. If they intend to travel to Connecticut, their depositions may be scheduled in Connecticut during that time. Otherwise, the depositions shall take place in Texas.

4. The discovery deadline is extended. Discovery shall be completed by February 27, 2004.

5. Counsel shall report to the undersigned by letter no later than January 30, 2004 as to whether a settlement conference in this case might be productive; when such a conference is most likely to lead to a resolution of the case; and what type of forum (e.g., magistrate judge, private mediator, special master) is most desirable.

SO ORDERED at Hartford, Connecticut this 5th day of December, 2003.

Donna F. Martinez
United States Magistrate Judge