UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LARRY A. KATZ And KENNETH M. RAFTERY, | : : | CIVIL ACTION NO. 302 CV 02201 (AWT) |
| Plaintiffs, | : : | |
| V. | : : | |
| THE SEPARATION PAY PLAN OF TEXACO, INC. And TEXACO, INC., | : : : : | |
| Defendants. | : : | DECEMBER 4, 2003 |

**STIPULATED MOTION FOR PROTECTIVE ORDER**

The parties to this action, the plaintiff, Larry A. Katz and Kenneth M. Raftery ("Plaintiffs"), and the defendants, The Separation Pay Plan of Texaco, Inc. and Texaco, Inc. ("Defendants"), hereby jointly move for a protective order in accordance with the following stipulation. They further stipulate they will be bound by the terms of the proposed Order before and after its entry by the Court.

THE PLAINTIFFS,
LARRY A. KATZ AND
KENNETH M. RAFTERY,

By: _____
Scott Lucas
CT 00517
Mary Canaday
CT 17608
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street, 17th Floor
Stamford, Connecticut 06901
Their Attorneys
His Attorney

Date: December 3, 2000

THE DEFENDANTS
THE SEPARATION PAY PLAN
OF TEXACO, INC. AND TEXACO, INC.

By: _____
Conrad S. Kee
CT 16904
JACKSON LEWIS
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
(203) 961-0404
Their Attorneys

Date: December 3, 2003

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was hand-delivered this date to:

>Scott R. Lucas
>Mary Alice S. Canaday
>Martin, Lucas & Chioffi
>177 Broad Street
>Stamford, CT 06901

_____
Conrad S. Kee