UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

FILED

2003 DEC -4 A 10: 43

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| LARRY A. KATZ<br>And KENNETH M. RAFTERY,<br><br>Plaintiffs,<br><br>V.<br><br>THE SEPARATION PAY PLAN<br>OF TEXACO, INC.<br>And TEXACO, INC.,<br><br>Defendants. | CIVIL ACTION NO.<br>302 CV 02201 (AWT)<br><br><br><br><br><br><br>DECEMBER 4, 2003 |

### STIPULATED MOTION FOR PROTECTIVE ORDER

The parties to this action, the plaintiff, Larry A. Katz and Kenneth M. Raftery ("Plaintiffs"), and the defendants, The Separation Pay Plan of Texaco, Inc. and Texaco, Inc. ("Defendants"), hereby jointly move for a protective order in accordance with the following stipulation. They further stipulate they will be bound by the terms of the proposed Order before and after its entry by the Court.

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   12/9/03