CT/cvmhrg (January 10, 2002)

TOTAL TIME: ___ hours _35_ minutes       HONORABLE _D.F. Martinez_
DEPUTY CLERK _R.K. Wood_     (RPTR) ERO/TAPE _S. Lamoureux_

DATE _12/4/03_     START TIME _9:45 a.m._     END TIME _10:20 a.m._
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Katz_

CIVIL NO. _3:02CV2201 (AWT)_

vs.

☑ SEE ATTACHED CALENDAR FOR COUNSEL — Plaintiffs Counsel

_Texaco_                                                                   Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☑ ....#21    Motion _to compel_                                    ☐ granted ☐ denied ☑ advisement
☑ ....#34    Motion _for protective order & motion to quash_       ☐ granted ☐ denied ☑ advisement
☐ ....#___   Motion _____        ☐ granted ☐ denied ☐ advisement
☐ ....#___   Motion _____        ☐ granted ☐ denied ☐ advisement
☐ ....#___   Motion _____        ☐ granted ☐ denied ☐ advisement
☐ ....#___   Motion _____        ☐ granted ☐ denied ☐ advisement
☐ ....#___   Motion _____        ☐ granted ☐ denied ☐ advisement
☐ ....       Oral Motion _____       ☐ granted ☐ denied ☐ advisement
☐ ....       Oral Motion _____       ☐ granted ☐ denied ☐ advisement
☐ ....       Oral Motion _____       ☐ granted ☐ denied ☐ advisement
☐ ....       Oral Motion _____       ☐ granted ☐ denied ☐ advisement

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

☐ filed ☐ docketed (×11)

☐ ....... _____ Hearing continued until _____ at _____