UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 19  A 7:47

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| LARRY A. KATZ and, <br> KENNETH M. RAFTERY, <br>                 Plaintiffs, <br> vs. <br><br> THE SEPARATION PAY PLAN OF <br> TEXACO, INC. and TEXACO INC. <br><br>                 Defendant. | CASE NO. 3: 02cv2201(AWT) <br><br><br><br><br><br><br><br> December 17, 2003 |

### MOTION TO WITHDRAW APPEARANCE OF MICHELLE H. RIORDAN

Pursuant to Local Rule 7(e), the undersigned attorney respectfully moves for the withdrawal of her appearance as attorney for defendants, The Separation Pay Plan of Texaco Inc., and Texaco Inc., in this case because she will no longer be working for the law firm of Jackson Lewis LLP. Counsel has sent notice of this motion via certified mail (attached as Exhibit A) to the defendants, The Separation Pay Plan of Texaco Inc., and Texaco Inc. Jackson

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Lewis attorney Conrad S. Kee has already entered an appearance on behalf of Defendants. See Dkt No. 7.

                                    Respectfully submitted,

                                    THE SEPARATION PAY PLAN OF
                                    TEXACO, INC. and TEXACO INC.

By: _____
     Michelle H. Riordan
     CT 23774
     Conrad S. Kee
     CT 16904
     JACKSON LEWIS LLP
     177 Broad Street
     P.O. Box 251
     Stamford, CT 06904-0251
     Phone: (203) 961-0404
     Facsimile: (203) 324-4704
     Email: KeeC@jacksonlewis.com
     Email: RiordanM@jacksonlewis.com
     Their Attorneys

## CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing has been mailed via first class mail, postage prepaid, this 17th day of December 2003 to counsel of record listed below:

Scott R. Lucas
Mary Alice S. Canaday
Martin, Lucas & Chioffi, LLP
177 Broad Street
Stamford, Connecticut 06901

_____
Michelle H. Riordan

Exhibit
A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Scott R. Lucas<br>Martin, Lucas & Chioffi, LLP<br>177 Broad Street<br>Stamford, CT 06901 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 2260 0002 6404 5212 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: Scott R. Lucas
Street, Apt. No.; or PO Box No.: Martin, Lucas & Chioffi, LLP
City, State, ZIP+4: 177 Broad Street
Stamford, CT 06901

PS Form 3800, June 2002     See Reverse for Instructions