UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 19 A 7:47
U.S. DISTRICT COURT
HARTFORD, CT.

LARRY A. KATZ and,
KENNETH M. RAFTERY,
           Plaintiffs,

vs.

THE SEPARATION PAY PLAN OF
TEXACO, INC. and TEXACO INC.

           Defendant.

CASE NO. 3: 02cv2201(AWT)

December 17, 2003

## MOTION TO WITHDRAW APPEARANCE OF MICHELLE H. RIORDAN

Pursuant to Local Rule 7(e), the undersigned attorney respectfully moves for the withdrawal of her appearance as attorney for defendants, The Separation Pay Plan of Texaco Inc., and Texaco Inc., in this case because she will no longer be working for the law firm of Jackson Lewis LLP. Counsel has sent notice of this motion via certified mail (attached as Exhibit A) to the defendants, The Separation Pay Plan of Texaco Inc., and Texaco Inc. Jackson

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  12/24/03

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**