UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY A. KATZ<br>And KENNETH M. RAFTERY,<br><br>Plaintiffs,<br><br>V.<br><br>THE SEPARATION PAY PLAN<br>OF TEXACO, INC.<br>And TEXACO, INC.,<br><br>Defendants. | CIVIL ACTION NO.<br>302 CV 02201 (AWT)<br><br><br><br><br><br><br>FEBRUARY 20, 2004 |

## MOTION TO MODIFY SCHEDULING ORDER

Plaintiff hereby moves the Court for an order extending by 60 days the time by which the parties must complete discovery, and otherwise modifying the Scheduling Order currently in place in this action for the reasons set forth below.

*Procedural History*

1. The parties commenced discovery in March 2003, with discovery scheduled to close on October 30, 2003.

2. On or about July 7, 2003, defendants filed a motion to extend the time in which to respond to plaintiffs' discovery requests and for a 30 day extension, to and including December 1, 2003, in which to complete discovery, which Motion was granted December 17, 2003.

3. Discovery continued, with certain disputes arising, and on September 12, 2003, plaintiffs filed a motion to compel, which motion was referred to Magistrate Judge Donna F. Martinez for a ruling. Briefing on the Motion to Compel was complete on October 27, 2003.

4. On November 19, 2003, defendants filed a Motion for Protective Order and Motion to Quash in connection with subpoenas plaintiff served on various employees of defendants. Briefing on those Motions were complete by December 2, 2003.

5. On December 4, 2003, a telephone conference was held between the parties and Magistrate Judge Martinez concerning the above discovery disputes. On December 5, 2003, Magistrate Judge Martinez issued her rulings on the Motions and also reset the discovery deadline to February 27, 2004.

*Reasons for Requested Extension*

6. Depositions of certain of defendants' employees were scheduled to take place in Houston, Texas on February 24, 25 and 26, 2004, with Scott Lucas, counsel for plaintiffs, taking the depositions. On Thursday, February 19, 2004, however, Attorney Lucas learned that his father passed away.

7. Additionally, Shawn Kee, counsel for defendants, is scheduled for reserve duty within the next few weeks, although he does not yet have a date certain for same.

8. The discovery cutoff is currently February 27, 2004, and due to the foregoing, the parties require additional time in which to complete the Houston and other depositions.

**WHEREFORE**, in light of the foregoing, plaintiffs respectfully request that the scheduling order in this action be extended as follows:

1. The completion of discovery to and including April 27, 2004;

2. The filing of dispositive motions to and including May 31, 2004;

3. Joint trial memorandum by July 31, 2004, or thirty (30) days after a ruling is issued on any dispositive motions, whichever is later; and

4. Case to be trial ready by August 9, 2004, or sixty (60) days after a ruling on any dispositive motions, whichever is later.

Counsel for defendants, Shawn Kee, has been consulted and consents to the granting of this motion.

This is the third request by any party to extend any deadline in the Scheduling Order.

By _____
Michel Bayonne (ct24628)
Scott R. Lucas (ct00517)
Mary Alice S. Canaday (ct17608)
*Attorneys for Plaintiffs*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
mbayonne@mlc-law.com
slucas@mlc-law.com
mcanaday@mlc-law.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 20th day of February, 2004, a copy of the foregoing was hand delivered to:

Conrad S. Kee, Esq.
Jackson Lewis LLP
177 Broad Street, P.O. Box 251
Stamford, CT 06904
Phone: (203) 961-0404
Fax: (203) 324-4704
KeeC@JacksonLewis.com

_____
Michel Bayonne