44

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

FILED
2004 FEB 23  A 11: 10

U.S. DISTRICT COURT
HARTFORD, CT

| | |
|---|---|
| LARRY A. KATZ<br>And KENNETH M. RAFTERY, | :<br>:<br>: CIVIL ACTION NO.<br>: 302 CV 02201 (AWT) |
| Plaintiffs, | : |
| V. | : |
| THE SEPARATION PAY PLAN<br>OF TEXACO, INC.<br>And TEXACO, INC., | :<br>:<br>:<br>: FEBRUARY 20, 2004 |
| Defendants. | : |

## MOTION TO MODIFY SCHEDULING ORDER

Plaintiff hereby moves the Court for an order extending by 60 days the time by which the parties must complete discovery, and otherwise modifying the Scheduling Order currently in place in this action for the reasons set forth below.

### *Procedural History*

1. The parties commenced discovery in March 2003, with discovery scheduled to close on October 30, 2003.

2. On or about July 7, 2003, defendants filed a motion to extend the time in which to respond to plaintiffs' discovery requests and for a 30 day extension, to and including December 1, 2003, in which to complete discovery, which Motion was granted December 17, 2003.

3. Discovery continued, with certain disputes arising, and on September 12, 2003, plaintiffs filed a motion to compel, which motion was referred to Magistrate Judge Donna F. Martinez for a ruling. Briefing on the Motion to Compel was complete on October 27, 2003.

Extensions GRANTED. Discovery shall be completed by April 27, 2004. Dispositive motions, if any, shall be filed on or before May 31, 2004. It is so or

Alvin W. Thompson, U.S.D.J.
Hartford, CT 2/24/04