UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY A. KATZ and, <br> KENNETH M. RAFTERY, <br><br> Plaintiffs, <br> vs. <br><br> THE SEPARATION PAY PLAN OF <br> TEXACO, INC. and TEXACO INC. <br><br> Defendants. | CASE NO. 3:02CV02201(AWT) <br><br><br><br><br><br><br><br> April 30, 2004 |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Local Rule 16(b), Plaintiffs, Larry A. Katz and Kenneth M. Raftery, ("Plaintiffs") and Defendants, The Separation Pay Plan of Texaco, Inc. and Texaco Inc. ("Defendants"), jointly move this Court to extend the time by thirty (30) days the time by which the parties must file dispositive motions, and otherwise modify the Scheduling Order currently in place for the reasons below.

In support of this motion, the undersigned counsel represent as follows:

1. Dispositive motions are currently due May 31, 2004.

2. With the 30-day extension, dispositive motions will be due June 30, 2004.

3. Opposition briefs to the dispositive motions will be due on July 30, 2004.

4. Any reply brief will be due on August 16, 2004.

5. This extension of time is necessary because attorney for Defendants, Conrad S. Kee, is scheduled for reserve duty during the month of May.

6. Additionally, the parties are waiting deposition transcripts.

7. This is the fourth request by any party to extend any deadline in the Scheduling Order.

WHEREFORE, the Plaintiffs, Larry A. Katz and Kenneth M. Raftery, and the Defendants, The Separation Pay Plan of Texaco, Inc. and Texaco Inc., respectfully request that the scheduling order in this action be extended as follows:

1. The filing of dispositive motions to and including June 30, 2004;

2. Opposition briefs are due on and including July 30, 2004;

3. Reply briefs are due on and including August 16, 2004;

4. Joint trial memorandum by thirty (30) days after a ruling is issued on any dispositive motions, whichever is later; and

5. Case to be trial ready sixty (60) days after a ruling on any dispositive motions, whichever is later.

|  |  |
|---|---|
| | THE PLAINTIFFS,<br>LARRY A. KATZ AND<br>KENNETH M. RAFTERY, |
| By: | */s/ Scott Lucas* |
| | Scott Lucas (CT 00517)<br>Mary Canaday (CT 17608)<br>MARTIN, LUCAS & CHIOFFI, LLP<br>177 Broad Street, 17th Floor<br>Stamford, Connecticut 06901 |
| Date: April 30, 2004 | Their Attorneys |

|  |  |
|---|---|
| | THE DEFENDANTS<br>THE SEPARATION PAY PLAN<br>OF TEXACO, INC. AND TEXACO, INC. |
| By: | */s/ Conrad S. Kee* |
| | Conrad S. Kee (CT 16904)<br>JACKSON LEWIS LLP<br>177 Broad Street<br>P.O. Box 251<br>Stamford, CT 06904-0251<br>(203) 961-0404 |
| Date: April 30, 2004 | Their Attorneys |