UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LARRY A. KATZ and,
KENNETH M. RAFTERY,

    Plaintiffs,

vs.

THE SEPARATION PAY PLAN OF
TEXACO, INC. and TEXACO INC.

    Defendants.

CASE NO. 3:02CV02201(AWT)

April 30, 2004

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Local Rule 16(b), Plaintiffs, Larry A. Katz and Kenneth M. Raftery, ("Plaintiffs") and Defendants, The Separation Pay Plan of Texaco, Inc. and Texaco Inc. ("Defendants"), jointly move this Court to extend the time by thirty (30) days the time by which the parties must file dispositive motions, and otherwise modify the Scheduling Order currently in place for the reasons below.

In support of this motion, the undersigned counsel represent as follows:

1. Dispositive motions are currently due May 31, 2004.
2. With the 30-day extension, dispositive motions will be due June 30, 2004.
3. Opposition briefs to the dispositive motions will be due on July 30, 2004.
4. Any reply brief will be due on August 16, 2004.
5. This extension of time is necessary because attorney for Defendants, Conrad S. Kee, is scheduled for reserve duty during the month of May.
6. Additionally, the parties are waiting deposition transcripts.

*[Margin annotation:]* Extensions GRANTED. Dispositive motions, if any, shall be filed on or before June 30, 2004. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT 05//04