# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LARRY A. KATZ** | : | |
| **And KENNETH M. RAFTERY,** | : | **CIVIL ACTION NO.** |
| | : | **302 CV 02201 (AWT)** |
| **Plaintiffs,** | : | |
| | : | |
| **V.** | : | |
| | : | |
| **THE SEPARATION PAY PLAN** | : | |
| **OF TEXACO, INC.** | : | |
| **And TEXACO, INC.,** | : | |
| | : | **JUNE 29, 2004** |
| **Defendants.** | : | |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Rules of Federal Procedure and Local Rule 9(c), plaintiffs Larry A. Katz and Kenneth M. Raftery hereby move for summary judgment as to defendants' counterclaim seeking a declaration that plaintiffs' claims are "frivolous." This strategic assertion by defendants, designed to obtain a ruling to avoid liability under the severance plan at issue which requires defendants to pay all fees, costs and expenses unless a court deems an action for benefits "frivolous," must fail in light of the clear disputed issues of fact and law. Indeed, plaintiffs' believe, as set forth in the accompanying memorandum of law, that defendants' liability is readily apparent.

Together with plaintiffs' memorandum of law, plaintiffs rely upon the Statement of Material Facts about which there is no genuine issue of material fact and the exhibits submitted herewith,

which collectively demonstrate a lack of any genuine dispute and plaintiffs' entitlement to judgment

on said counterclaim as a matter of law.

By_____

Scott R. Lucas (ct00517)
Mary Alice S. Canaday (ct17608)
*Attorneys for Plaintiffs*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com
mcanaday@mlc-law.com

### _CERTIFICATE OF SERVICE_

This is to certify that on this 29th day of June, 2004, a copy of the foregoing was hand delivered to:

Conrad S. Kee, Esq.
Jackson Lewis LLP
177 Broad Street, P.O. Box 251
Stamford, CT 06904
Phone: (203) 961-0404
Fax: (203) 324-4704
KeeC@JacksonLewis.com

_____
Scott R. Lucas