UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LARRY A. KATZ
And KENNETH M. RAFTERY, | : : : | CIVIL ACTION NO.
302 CV 02201 (AWT) |
| Plaintiffs, | : : | |
| V. | : : | |
| THE SEPARATION PAY PLAN
OF TEXACO, INC.
And TEXACO, INC., | : : : : | |
| Defendants. | : : | JUNE 29, 2004 |

PLAINTIFFS' APPENDIX OF EXHIBITS TO
THEIR MOTION FOR SUMMARY JUDGMENT

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Separation Pay Plan of Texaco, Inc. (Depo. Ex. 36) |
| B | Defendants' Objections and Responses to Plaintiffs' Request for Admission dated November 17, 2003 |
| C | Change in control benefits calculation (Plaintiffs 0001) |
| D | Excerpt of Defendants' Objections and Responses to Plaintiffs' First Set of Interrogatories, Responses to Interrogatory Nos. 2 and 5 |
| E | Defendants' Administrative Record of plaintiffs' requests for enhanced change in control benefits (Depo. Ex. 64) |
| F | Deposition of Peter M. Mead taken February 5, 2004 |
| G | Deposition of C. Michael Bandy taken April 1, 2004 |
| H | Deposition of Michele Swanson taken March 31, 2004 |

| EXHIBIT | DESCRIPTION |
|---|---|
| I | FAMM officers listing (Depo. Ex. 9), Bandy letters to Raftery re: FAMM Annual Cash Bonus Awards for 2001 and 2000 (Depo. Exs. 27 and 28) |
| J | Description of FAMM from SEC website (Depo. Ex. 26) |
| K | Deposition of Larry A. Katz taken April 29, 2004 |
| L | Deposition of Kenneth M. Raftery taken April 30, 2004 |
| M | Deposition of Carolyn Sellers taken April 1, 2004 |
| N | Chevron Texaco Structure [Pay Grade] Conversion (Depo. Ex. 40), memo from Katz to Tilton re: "HR Appeal – FAMM" (Depo. Ex. 17) and "Position Summary GO-400" (Depo. Ex. 44) |
| O | Outline of FAMM 2001 Annual Cash Bonus Program (Depo. Ex. 13) |
| P | FAMM Employee Deferral Plan Highlights (Depo. Ex. 14) |
| Q | Memo to "FAMM Annual Cash Bonus Plan Participants" (Depo. Ex. 32) |
| R | Memo from Raftery to Bandy dated October 4, 2001 re: "Question" (Depo. Ex. 34) |
| S | Deposition of Scott D.H. Jeffery taken December 16, 2003 |
| T | E-mail from Lynch to Raftery dated December 20, 2002 re: "Benefits Question" (Depo. Ex. 12) |
| U | Supplemental Bonus Retirement Plan of Texaco Inc. (Depo. Ex. 10) |
| V | FAMM Supplemental Bonus Retirement Plan Highlights (Depo. Ex. 11) |
| W | Cash Severance Benefit Estimator (Depo. Ex. 69) |
| X | Minutes of FAMM Board of Directors Meeting of August 22, 2001 (Depo. Ex. 3) |

| ***EXHIBIT*** | ***DESCRIPTION*** |
|---|---|
| Y | Deposition of John W. Goldsby taken April 2, 2004 |
| Z | Deposition of Patrick J. Lynch taken April 28, 2004 |
| AA | Memo from Raftery to Katz dated April 10, 2002 re: "Discussion with Mike Bandy" (Depo. Ex. 55) |
| BB | October 21, 2002 letter from Katz and Raftery to Change of Control Committee requesting reimbursement of legal fees (Depo. Ex. 62), and letter from Committee dated November 6, 2002 denying request (Plaintiffs 000162) |
| CC | Skretvedt v. E.I. Dupont de Nemours and Company, 2000 WL 33341051 (2000) |
| DD | Wagner v. First Unum Life Insurance Company, 2003 WL 21960997 (2003) |
| EE | Texaco Schedule 14A Information (Katz 00063) |

By_____
  Scott R. Lucas (ct00517)
  Mary Alice S. Canaday (ct17608)
  *Attorneys for Plaintiffs*
  MARTIN, LUCAS & CHIOFFI, LLP
  177 Broad Street
  Stamford, CT 06901
  Phone: (203) 973-5200
  Fax: (203) 973-5250
  slucas@mlc-law.com
  mcanaday@mlc-law.com

## *CERTIFICATE OF SERVICE*

      This is to certify that on this 29th day of June, 2004, a copy of the foregoing was hand delivered to:

Conrad S. Kee, Esq.
Jackson Lewis LLP
177 Broad Street, P.O. Box 251
Stamford, CT 06904
Phone: (203) 961-0404
Fax: (203) 324-4704
KeeC@JacksonLewis.com

                                                                                        _____
                                                                                        Scott R. Lucas