|                        | monthly salary and bonus | | Raftery    | Katz       |
| ---------------------- | ------- | ------- | ---------- | ---------- |
| **Change of Control Benefit** | raftery | katz    | **23 months** | **24 months** |
| Base pay               | 12,608  | 11,625  | 289,984.00 | 279,000.00 |
| Bonus                  | 3,333   | 3,333   | 76,659.00  | 80,000.00  |
|                        |         |         | 366,643.00 | 359,000.00 |
| Benefits makeup        |         | 10%     | 36,664.30  | 35,900.00  |
| Thrift (6% of base)    |         | 6%      | 17,399.04  | 16,740.00  |
| Medical                | $       | 568.45  | 13,074.35  | 13,642.80  |
|                        |         |         | ▓▓▓▓▓▓▓▓   | ▓▓▓▓▓▓▓▓   |

Plaintiffs 0001