UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LARRY A. KATZ | : | |
| And KENNETH M. RAFTERY, | : | CIVIL ACTION NO. |
| | : | 302 CV 02201 (AWT) |
| Plaintiffs, | : | |
| | : | |
| V. | : | |
| | : | |
| THE SEPARATION PAY PLAN | : | |
| OF TEXACO, INC. | : | |
| And TEXACO, INC., | : | |
| | : | JUNE 29, 2004 |
| Defendants. | : | |

**PLAINTIFFS' NOTICE OF MANUAL FILING**

Please take notice that plaintiffs have manually filed Exhibit E to their Appendix of Exhibits to Motion for Summary Judgment, as the electronic file size of the document exceeds 1.5 megabytes.

The document has been manually served on all parties.

By_____
Scott R. Lucas (ct00517)
Mary Alice S. Canaday (ct17608)
*Attorneys for Plaintiffs*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com
mcanaday@mlc-law.com

1

2

### *CERTIFICATE OF SERVICE*

This is to certify that on this 29th day of June, 2004, a copy of the foregoing was hand delivered to:

Conrad S. Kee, Esq.
Jackson Lewis LLP
177 Broad Street, P.O. Box 251
Stamford, CT 06904
Phone: (203) 961-0404
Fax: (203) 324-4704
KeeC@JacksonLewis.com

_____
Scott R. Lucas