Fuel and Marine Marketing LLC

| | |
|---|---|
| C. Michael Bandy | President and Chief Operating Officer |
| Peter M. Meade | Vice President and Chief Financial Officer |
| Denis J. O'Meara | Vice President |
| Vincent P. Kyle | Vice President |
| William L. Rung, Jr. | Vice President |
| George R. Wall | Vice President |
| Donald E. Nelson | Vice President |
| James E. Baker | Vice President |
| Lizbeth A. Tulloch | General Counsel and Assistant Secretary |
| Robert O. Phillips | Secretary |
| Larry A. Katz | Treasurer |
| Kenneth M. Raftery | Comptroller |
| M. Q. Caso | Assistant Secretary |
| Michele J. Swanson | Assistant Secretary |
| F. Verhulst | Assistant Secretary |
| S. Drago | Assistant Secretary |
| R. D. Yarp | Assistant Secretary |
| R. Gonya | Assistant Treasurer |

As of 9/30/01



EXHIBIT 9

Fuel and Marine Marketing LLC        C. Michael Bandy
                                     President
1111 Bagby St.
Houston, TX  77002
Tel (713) 752-3886
Fax (713) 752-7884
bandycm@chevrontexaco.com

**ChevronTexaco**



April 3, 2002

Mr. Kenneth Raftery
171 Meadows End Road
Monroe, CT  06468

Dear Ken,

I am delighted to present you with FAMM's Annual Cash Bonus Award for your personal commitment to this organization for 2001.

As a key member of FAMM's management team, your efforts have been instrumental to our continued success in the past year.

For your dedication and hard work, I would like to award you $40,000, which is enclosed with this letter. If you should have any questions regarding this matter, please feel free to discuss them with Michele Swanson, Assistant to the President of Global Trading and FAMM.

Once again, on behalf of FAMM, thank you for your efforts and commitment to FAMM.

Sincerely,

Mr. Kenneth Raftery
FAMM-New York

Plaintiffs 00033



C. Michael Bandy         2000 Westchester Avenue
                         White Plains, NY 10650

Dear Ken:

I am delighted to present you with FAMM's Annual Cash Bonus Award for your personal commitment to this organization for 2000.

As a key member of FAMM's management team, your efforts have been instrumental to our continued success in the past year.

For your dedication and hard work, I would like to award you with a cash bonus of $30,000.00. This is in addition to the President's Award you received in February. The following chart summarizes your total bonus for the performance year 2000:

| Annual Cash Bonus | $30,000 |
|---|---|
| President's Award | $ 3,789 |
| Total Cash Bonus | $33,789 |

As you elected back in December 2000, you will be receiving $25,000 of the Annual Cash Bonus award in cash and the remaining $5,000 will be deferred to your FAMM Non-qualified Thrift Plan under Vanguard in March.

If you should have any questions regarding this matter, please feel free to discuss them with Michele Swanson, Director of Human Resources for FAMM.

Once again, on behalf of FAMM, thank you for your efforts and commitment to FAMM.

Sincerely,



EXHIBIT 28

Mr. Kenneth Raftery
FAMM-New York

Plaintiffs 00032