Fuel and Marine Marketing LLC (FAMM)

    FAMM is a joint venture between Texaco and Chevron. As a joint venture company, FAMM has global residual fuels and marine lubricants businesses. We own 69% and Chevron owns 31% of the venture.

    FAMM is a global supplier of marine fuels, lubricants, coolants and industrial fuels, serving customers in over 400 ports and over 100 countries worldwide. FAMM sells and distributes residual fuel oil for consumption by waterborne vessels worldwide, as well as for land-based application and to marine terminals worldwide. FAMM also sells and distributes marine lubricants and coolants to waterborne vessels and for use in land-based engines using marine lubricant technology.

    For its marine customers, FAMM initiated an Internet company, "OceanConnect.com," which provides a level market online e-commerce site for the sale of marine fuels. Major investors include FAMM, BP Marine and Shell Marine Products. Other shareholders include major shipping companies and other marine providers.


EXHIBIT 26