

## Chevron Texaco Structure Conversion

| Texaco Position Grade | Chevron Salary Grade | New ChevronTexaco Pay Scale Group |
|---|---|---|
| 24 | 1XA | 30 |
| 23 | 1XB | 29 |
| 22 | 1XC | 28 |
| 21 | 1XC | 28 |
| 20 | 1AA | 27 |
| 19 | 1A | 26 |
| 18 | 1B | 25 |
| 17 | 1C | 24 |
| 16 | 2 | 23 |
| 15 | 2 | 23 |
| 14 | 3A | 22 |
| 13 | 3B | 21 |
| 12 | 4A | 20 |
| 11 | 4B | 19 |
| 10 | 5A | 18 |
| 9 | 5A | 18 |
| 8 | 5B | 17 |

JL 0643

**Raftery, Kenneth M**

| | |
|---|---|
| From: | Katz, Larry A |
| Sent: | Thursday, December 06, 2001 4:23 PM |
| To: | Tilton, Glenn F [Texaco] |
| Cc: | Raftery, Kenneth M ; Bandy, C Michael |
| Subject: | HR Appeal - FAMM |



Dear Glenn,

I am currently the FAMM Treasurer in NY after working in several different financial positions for 11 years at Texaco. I am writing to you about an issue that myself and Ken Raftery (the FAMM Comptroller) have been reviewing with Carole Young that has come to a point where we would appreciate your review and consideration.

Ken and I have been in FAMM through the very successful start up and synergy capture stages and our jobs were initially graded PG 19. However, for the past 3 years, we have been treated like Texaco grade 20's and have been included in all of the FAMM executive benefit plans including the Bonus, Long Term Incentive (stock options and performance units), and the bonus deferral programs. Mike Bandy tried to make our grade 20 status more official in discussions with the FAMM Board during 2000 and later made it a more specific item for Board approval in 2001. *(as part of the mgmt group and as)*

It wasn't a big issue to Ken and I along the way as we were being treated like Texaco 20's in every respect. It was only when FAMM was forced to relocate its headquarters to Houston and Ken and I went through the difficult decisions with our families to stay rooted near relatives that the issue became more aggravating. We were aware of the enhanced change of control benefit for Texaco PG 20's and we expected to be included. We were subsequently told we would not be included.

Mike wanted our jobs to be rated grade 20's and so did the FAMM HR Manager and the FAMM CFO. However, the FAMM Board was split with Scott Jeffrey supporting job grade changes and George Batavick dissenting (Chevron Board members said they would go with what Texaco decided).

The final supporting issue for the job grade modifications was the fact that Texaco and Chevron HR had graded Ken's successor job in Houston a CT 27 (equivalent to Texaco 20). The job has some minor differences but is equivalent or even lesser in scope than Ken's job and has been filled by a candidate that has less credentials than Ken. This seemed to make leaving the current job at 19 an injustice.

Somehow George Batavick didn't think so despite stating to Ken that the "jobs were effectively the same". Subsequently, Carole Young has been involved and Dennis Crilly did some kind of job re-evaluation to support George Batavick's stand. However, we have received little explanation of what was done and the 7 weeks of time it took had exasperating lapses of communication. I can only hope the process was not as frustrating for other employees and that the lack of communication stemmed from Carole moving on to another job and Dennis leaving the company imminently.

Anyway, I have reviewed the issue with several of my former bosses (including Bill Mather, Steve Carlson, Bill Wicker, Peter Meade, George Wall, and Mike Bandy) who understood my current activities and all believed I was doing grade 20 work. All of these "mentors" are quite supportive of the grade changes and I would recommend you speak to any of them to understand the value I have brought to Texaco over the years.

We would like for you to call Mike Bandy (and Bill Mather) to discuss the issue and see if you don't also agree that the fair and equitable thing would be to make the grade changes recommended by Mike. Of course, we appreciate your time and tried our best to try to avoid asking for your review.

*Larry A. Katz, FAMM Treasurer*
*Ken M. Raftery, FAMM Comptroller*

Plaintiffs 00073

# Position Summary
## GO-400

Refer to instructions on how to complete the Position S

| Organization | | |
|---|---|---|
| Title<br>**Comptroller**, Global Trading | | Plac<br>27'k |
| Company<br>Global Trading | | Placement Approved By |
| Department/Division<br>Finance | Location<br>Houston | |

| Reporting | | ☒ Exempt<br>☐ Nonexempt |
|---|---|---|
| Reports to<br>President, Global Trading | Reports one of:<br>☐ Close<br>☐ Remote | |
| Supervisor Functions<br><br>Handles requirements and opportunity trading for worldwide crude oil and light products, except for local supply and logistics operations. | Eval Ref No:<br>FCD-0006 | |

| Functions | What the job does in concise, clear terms; use only the space provided. | |
|---|---|---|
| No. | % Time | Key Job Responsibilities |
| 1. | | Direct accounting and decision support for trading activities, including purchases, sales and exchanges of raw material an products; hedges, using futures, options, swaps and other financial derivatives based on petroleum commodities. |
| 2. | | Oversee regional trading accounting and decision support in Houston, London and Singapore, ensuring compliance with l and legal requirements. |
| 3. | | Ensure that financial controls over trading and derivative activities are adequate and in compliance with company policy, and sound business practices. |
| 4. | | Counsel operating management on potential control deficiencies and address them proactively. |
| 5. | | Establish risk management principles and policies in coordination with Trading management; ensure that optimum risk/re maintained. Strong risk control / exposure management role. |
| 6. | | Manage staff of 25 Trading Services support personnel, overseeing activities in loss control, contract negotiations, and de |
| 7. | | Functional oversight for staff of 10 managing credit reviews and approvals for Trading activities. |
| 8. | | Oversee the activities of the administration support group in Houston, London and Singapore including support of the Gl System (ICTS) by TradeCapture.com<br><br>Oversee the business planning function in coordination with the Trading management. |

| Scope | How big is the job? Use factors relative to this job only. | | | | | |
|---|---|---|---|---|---|---|
| Supervised: | Employees 138* | Exempt | Nonexempt 10 | Functional | Contract | |
| Describe Scope: | | | Year of Data Used: | | | |

* Includes Exempt, Nonexempt and contract
Direct Reports: 9
Projected $13.4 million operating expenses, excluding allocated rent, IT and HR costs

| Prepared By/Contact<br>J. A. Aleveras | Date<br>2/ |
|---|---|


EXHIBIT 44

JL 0642