**FAMM** — FUEL AND MARINE MARKETING

# 2001 Annual Cash Bonus Program

- Provide competitive cash bonus opportunities for targeted employees (approximately 10% of employees including officers of FAMM).
- Target awards set annually and equal to a percentage of the salary grade midpoint by position grade.
- Maximum bonus 200% of target
- Minimum bonus = 0% of target



TEXACO — *Together to serve you better* — A Texaco and Chevron Joint Venture Company — Chevron



Texaco 0232



# FAMM
### FUEL AND MARINE MARKETING

# 2001 Annual Cash Bonus Program

## Target Award by Position Grade

| Grade | Midpoint | Target % | Target $ |
|---|---|---|---|
| 16 | $94,884 | 16.60% | $15,751 |
| 17 | $105,228 | 16.60% | $17,468 |
| 18 | $116,820 | 16.60% | $19,392 |
| 19 | $129,708 | 20.20% | $26,201 |
| 20 | $145,260 | 23.80% | $34,572 |
| 21 | $162,696 | 27.30% | $44,416 |
| 22 | $182,208 | 30.88% | $56,266 |
| 23 | $204,036 | 50.00% | $102,018 |



*Together to serve you better*
A Texaco and Chevron Joint Venture Company

Texaco 0233



# 2001 Annual Cash Bonus Program

## Business/Financial Results Component (40%)

### Corporate (JV) Rating (20%)

### Individual Performance Component (40%)



*Together to serve you better*
A Texaco and Chevron Joint Venture Company



Texaco 0234



**FAMM** FUEL AND MARINE MARKETING

# 2001 Annual Cash Bonus Program

## Business/Financial Results Component (40%)

Measures identical to FAMM ICP

- Earnings versus Plan
- ROCE
- Expenses
- Claims
- Accounts Receivable



TEXACO

*Together to serve you better*
A Texaco and Chevron Joint Venture Company

Chevron

Texaco 0235

# FAMM

**FUEL AND MARINE MARKETING**

## 2001 Annual Cash Bonus Program

### Business/Financial Results Component (40%)

#### Payout Schedule

| Results of FAMM ICP | % Target Payout |
|---|---|
| 13% | 200% |
| 8% | 150% |
| 6% | 125% |
| 4% | 100% |
| 2% | 75% |
| 0% | 0% |

*Together to serve you better*
A Texaco and Chevron Joint Venture Company

TEXACO

Chevron

Texaco 0236



# 2001 Annual Cash Bonus Program

## Corporate (JV) Rating (20%)

- FAMM Board of Directors to rate JV on overall effectiveness based on specific results.
- Rating will be made in context to market climate.
- A JV Balanced Scorecard will be utilized to determine final rating.





*Together to serve you better*
A Texaco and Chevron Joint Venture Company

Texaco 0237



# FAMM 2001 Annual Cash Bonus Program

## Corporate (JV) Rating (20%)

### Payout Schedule

| Rating | % of Target |
|---|---|
| 1 | 200% |
| 2 | 150% |
| 3 | 125% |
| 4 | 100% |
| 5 | 80% |
| 6 | 60% |
| 7 | 0% |



*Together to serve you better*
A Texaco and Chevron Joint Venture Company



Texaco 0238

**FAMM** FUEL AND MARINE MARKETING

## 2001 Annual Cash Bonus Program

### Individual Performance Component (40%)

Each participant will be rated on a scale of 1 to 7 based on their contribution to the JV and the following factors:

- Deliver Business Results
- Set High Performance Expectations
- Coach & Develop Others
- Foster Diversity
- Lead Change
- Customer Satisfaction

Note: The average rating of all individuals will be equal to the Corporate JV rating

*Together to serve you better*
A Texaco and Chevron Joint Venture Company

Texaco 0239



**FAMM** — FUEL AND MARINE MARKETING

# 2001 Annual Cash Bonus Program

## Individual Performance Component (40%)

### Payout Schedule

| Rating | % of Target |
|---|---|
| 1 | 200% |
| 2 | 150% |
| 3 | 125% |
| 4 | 100% |
| 5 | 80% |
| 6 | 60% |
| 7 | 0% |



*Together to serve you better*
A Texaco and Chevron Joint Venture Company



Annual Cash Bonus Program

Introduction
The Annual Cash Bonus Program is designed to provide you with incentives to help drive the success of FAMM LLC (FAMM). This program is targeted towards key positions within the organization whose performance is critical to the success of the business.

Overall, the program consists of three components, which include a business/financial results component, a Corporate (JV) Rating and an individual performance component. The annual performance results for each of these components directly impacts the amount of your bonus.

Each year, your target award will be established and is equal to a percentage of the salary midpoint for your position grade. The maximum bonus you could receive is 200% of your target award and the minimum bonus is 0% of your target award.

Eligibility
Employees are eligible for this program primarily based on their specific job function and position grade. You will be notified of your eligibility during the program year. At the end of each performance year, the HR – Compensation Committee will select those employees who based upon their performance and overall contribution to the organization to be considered for an award under the Annual Cash Bonus Program. The President of FAMM has the final approval for those employees receiving an award.

It is important to note that participation in the program one year does not guarantee participation in the program in future years. In other words, it is possible to be a participant in one year and not the next.

Each participant must have a performance rating of "Fully Satisfactory" or better to be considered for an award under the Annual Cash Bonus Program.

If you are selected to participate in the Annual Cash Bonus Program, you will not be eligible for the FAMM Incentive Compensation Program (ICP), the Leader Cash Bonus Program or the Outstanding Contributor's Awards program.

Components of the Program
The following three components will be utilized in determining your bonus:

*Business/Financial Results Component*
This component will account for 40% of your total bonus. The measures of this component are identical to those on the overall FAMM ICP balanced scorecard, which include the following:
- Pre-Tax Earnings versus Plan
- Return on Capital Employed versus Plan
- Expenses per Barrel
- Claims
- Account Receivables
- Safety – Lost Work Day Rate

It is important to note that half of your bonus is directly tied to the same measures that all FAMM employees will be working towards. This ensures that we are all focused on the same objectives that are critical to the success of the joint venture. Please see the employee communication regarding the FAMM ICP for specific information regarding the program.

*Corporate (JV) Rating*
This component will account for 20% of your total bonus. At the end of each plan year, the FAMM Board of Directors will rate the joint venture on its overall effectiveness based on specific results. The rating will be based upon both qualitative and quantitative information and will be made in context to the current business climate.

*Individual Performance Component*
This component will account for 40% of your total bonus. You will be rated on a scale from 1 to 7 based on your contribution to the performance of the joint venture and the following factors:
- Promoting Entrepreneurial Culture/Empowerment
- Initiative – Innovation
- Managerial Ability
- Human Resource Utilization
- Customer Satisfaction
- Respect for the Individual
- Diversity

The President of FAMM and the Board of Directors will have the final approval of your individual rating.

Target Awards
The target award levels are intended to provide you with competitive incentive opportunities for comparable positions in the market. As mentioned above, your target award is equal to a percentage of the salary midpoint for your position grade. Please note that the percentage is based on your salary grade midpoint rather than your base salary. You will be notified regarding your specific target award as soon as possible.

Payout Schedule for each Component
As mentioned above, the maximum bonus you could receive is 200% of your target award and the minimum bonus is 0% of your target award. To calculate your bonus, each component has an associated payout schedule based on performance.

Business/Financial Results Component

| Results of FAMM ICP | % Target Payout |
|---|---|
| 13% | 200% |
| 8% | 150% |
| 6% | 125% |
| 4% |  |
| 2% | 75% |
| 0% | 0% |

Texaco 0242

Corporate (JV) Rating

| Rating | % Target Payout |
|---|---|
| 1 | 200% |
| 2 | 150% |
| 3 | 125% |
| 4 | 100% |
| 5 | 80% |
| 6 | 60% |
| 7 | 0% |

Individual Performance Component

| Rating | % Target Payout |
|---|---|
| 1 | 200% |
| 2 | 150% |
| 3 | 125% |
| 4 | 100% |
| 5 | 80% |
| 6 | 60% |
| 7 | 0% |

Examples of Calculating the Award

The following examples are provided to help you understand how the program works. These examples are hypothetical and do not represent actual FAMM data. For each example, assumptions have been made regarding the performance results of FAMM for the year.

Employee: John Doe
Current Salary Grade Midpoint: $100,000
Target Award %: 16%

High Performance Year

| Component | Performance Results | Target % | Bonus Calculation |
|---|---|---|---|
| Business/Financial Results | FAMM ICP Award = 10% | 150% | 16% X 150% X .40 = 9.6% |
| Corporate (JV) Rating | JV Rating = 2 | 150% | 16% X 150% X .20 = 4.8% |
| Individual Performance | Individual Rating = 1 | 200% | 16% X 200% X .40 = 12.8% |
| Total | | | 27.2% |

As shown by the chart above, John would receive a bonus of 27.2% of his midpoint of $100,000 or $27,200. This is the maximum award that John would be eligible to receive under the Annual Cash Bonus Program.

Typical Performance Year

| Component | Performance Results | Target % | Bonus Calculation |
|---|---|---|---|
| Business/Financial Results | FAMM ICP Award = 6% | 125% | 16% X 125% X .40 = 8.0% |
| Corporate (JV) Rating | JV Rating = 4 | 100% | 16% X 100% X .20 = 3.2% |
| Individual Performance | Individual Rating = 3 | 125% | 16% X 125% X .40 = 8.0% |
| Total | | | 19.2% |

As shown by the chart above, John would receive a bonus of 19.2% of his midpoint of $100,000 or $19,200.

Award Payments
Awards will be paid in cash by April 30th of the year following the performance period to employees participating in the Annual Cash Bonus Program. In the United States, federal taxes will be withheld at the nominal rate of 28% and the award will be also subject to state and local taxes as applicable. Outside the United States, the award will be subject to local taxes as applicable.

*Deferral Option*
If you are a participant in position grade [illegible] higher, you will have the option to defer 0% - 100% of your award to defer the taxes at the time the award is paid. If you elect to do this, FAMM will hold your award amount in an Employee Deferral Plan account managed by Vanguard. The monies will remain in this account for your elected period of deferral term, which may be five to 20 years, in five-year increments, or to retirement. Only when you access these monies at the end of the deferral term will it then be subject to applicable income taxes.

If you are eligible for this feature, you will receive more complete information as well as an election form regarding this option approximately [illegible] months before the payout date (April 30th) each year.

Impact on Benefit Plans
Award payments made under this program will not be considered as earnings for purposes of the FAMM Thrift/Savings Plans, applicable pension plans or any other employee benefit plans.

Changes in Employment
To receive an award under the Annual Cash Bonus Program, you must be an active employee on the last day of the program year (December 31st). Exceptions to the policy will be made for retirement, long-term disability, involuntary termination due to re-organization or death, in which case the award under the program will be pro-rated to reflect the actual number of months of service during the year.

*Transfers, New Hires, Promotions*
In the event that you transfer back to one of the parent companies (Texaco/Chevron), your award under the program will be pro-rated to reflect the number of months spent in your FAMM position during the year. If you are a new hire or are promoted into a position that normally qualifies for the Annual Cash Bonus Program, your award will be pro-rated as well. However, you will not be eligible to receive an award if you are in the position for less than six months during the program year (the HR – Compensation Committee and the President of FAMM may make this decision on a case-by-case basis).

*Voluntary Terminations*
If you terminate voluntarily during the program year, you will not be eligible for an award under the Annual Cash Bonus Program. Should you terminate voluntarily between the end of the program year (December 31st) and the payment date (April 30th), FAMM may elect to reduce payments (to as little as zero) to reflect the discontinuation of employment.

*Demotions and Involuntary Terminations*
You will not be eligible for an award under the Annual Cash Bonus Program if you are demoted due to performance or are involuntarily terminated for reasons of misconduct, failure to perform or other performance-related reasons.

Plan Administration
The President of FAMM, who may delegate certain elements of program administration to the HR – Compensation Committee, will administer the Annual Cash Bonus Program. The FAMM Board of Directors must approve any modifications or amendments to the program or any of its key provisions. FAMM shall have the sole discretion to amend or terminate the program at any time by written action approved by the FAMM Board of Directors. FAMM shall notify program participants in writing of any amendment or program termination.

Disclosure
This document is designed to serve as a basic summary of the Annual Cash Bonus Program by which FAMM will determine incentive bonuses for those employees who are eligible to participate in the program. This document is not a contract between FAMM employees and the joint venture does not guarantee continued employment.



Texaco 0245