
... FUEL AND MARINE MARKETING



# EMPLOYEE DEFERRAL PLAN

## *Highlights*

| | |
|---|---|
| **Plan Design** | The Employee Deferral Plan is designed to provide active and retired employees of FAMM, the opportunity to defer certain cash amounts. |
| **Eligibility** | Any active or retired key employee of FAMM, who participate in the following plans: Salary, Annual Cash Bonus Plan, Long Term Incentive Plan and certain other supplemental executive plans. |
| **Eligible Funds** | •Salary in excess of Internal Revenue Code limits<br>•Annual Cash Bonus Plan awards<br>•Long Term Incentive Plan awards |
| **Timing** | Elections to defer salary, bonus, and long-term awards must be made on or before October 31 of the calendar year preceding the year in which these payments would become payable. |
| **Redeferrals** | Requests to defer amounts previously deferred must be made on or before December 31 of the second calendar year preceding the calendar year the other deferral would have become payable. |
| **Deferral Term** | Deferrals can be made in five to ten years, in five-year increments, or to retirement. |
| **Earnings** | Amounts deferred with The Vanguard Group of Companies will earn returns based on the Vanguard Funds selected by the participant. |
| **Payment** | For active participants, payment will be made in a lump sum in the January following the expiration of the deferral term.  For retired participants, payment will be made as an annuity over one-half the life expectancy of the retiree in the January following the expiration of the deferral term.  Other payment arrangements may be made at the Company's discretion. |
| **Forfeiture** | Requests to accelerate payment of a deferred amount, except in hardship cases, are subject to a 10% forfeiture.  Redeferred amounts are subject to 10% forfeiture if the participant engages in an activity described under "Forfeiture Provisions" for all plans. |

Texaco 0267

**FAMM**

FUEL AND MARINE MARKETING

## FORFEITURE PROVISIONS

**COMMITMENTS OF THE EMPLOYEE**

If an employee, at any time (a) engages in or performs any services, whether on a full-time or part-time or on a consulting or advisory basis, for (1) any of the 200 largest US oil and/or gas companies, (excluding the Company, a parent, subsidiary or affiliate), ranked by assets, as determined by the annual Oil and Gas Journal listing of the largest oil and gas producing companies for the preceding year, (2) any of the 100 largest non-US oil and/or gas companies, (excluding the Company, a parent, subsidiary or affiliate), ranked by assets, as determined by the annual Oil and Gas Journal listing of the largest oil and gas producing companies for the preceding year, (3) any of the following companies or their subsidiaries or affiliates: Aectra Refining and Marketing Inc., Apex, BBNaft, Chemoil Corp., Citgo Petroleum Corp., Enron Corp., Glencore, Hin Leong Trading, J Aron, Koch Industries Inc., Litasco Oil Company, Morgan Stanley, Navarco, Petro Diamond Inc., Tosco Corp., Sempra Energy, Transammonia, Diamond Shamrock Corp., Veba/Stinnes, Vitoil, Westport, Williams Companies Inc., and Yukos, or (4) any agency, instrumentality or corporation controlled or owned by a foreign government, which agency, instrumentality or corporation is primarily in the business of exploring for, producing, refining, marketing, or transporting oil and gas or the primary products thereof ; (b) uses its confidential business information concerning the Company, a Parent, or subsidiary or affiliate of any type to a competitor for compensation; or (c) commits an act in the course of employment with the Company for which the employee is convicted of intentionally and knowingly committing a crime against the Company, a Parent or subsidiary or affiliate under federal law or the law of the state in which such act occurred; then in the event, the awards shall be canceled, unless the Compensation Committee, in its sole discretion, elects not to cancel such awards.  Subsection (a) of this paragraph shall not apply if the Employee's employment with the Company terminates as a result of a Change of Control and Subsection (a) shall be null and void as of the day immediately prior to a Change of Control.

**MISCONDUCT**

If an active, terminated or retired employee engages in or has engaged in during the course of his or her employment: fraud, material dishonesty, deleterious conduct in violation of the policy of the Company, a Parent or subsidiary or affiliate, or at any time, conduct adverse to the best interests of the Company, a Parent or subsidiary or affiliate, then in that event, the awards shall be canceled, unless the Compensation Committee, in its sole discretion, elects not to cancel such awards. This paragraph shall not apply if the Employee's employment with the Company terminates as a result of a Change of Control and this paragraph shall be null and void as of the day immediately prior to a Change of Control.

Texaco 0268