

Michele Swanson
Director HR

FAMM
2000 Westchester Avenue
White Plains, NY 10650
Tel 914 253-7999
Fax 914 253-7300
swansmj@fammllc.com

# *Memo*

**To:** FAMM Annual Cash Bonus Plan Participants

**From:** Michele Swanson

**Date:** May 8, 2001

**Subject:** The Employee Deferral Plan of FAMM
Modifications – Election Deadline May 15, 2001

EXHIBIT 32

In an effort to provide you with additional flexibility in your financial planning while streamlining certain administrative processes, we have made some modifications to the plan. These modifications will:

- Provide you with the ability to invest all deferred amounts, including your Supplemental Pension Benefits, in selected Vanguard Mutual Funds.

- Allow you to defer receipt of certain payments for 5 years, 10 years, or until your separation or retirement date.

- Allow you to receive annual installment payments over a period of 10 to 20 years.

FORM 2, attached, to defer your 2001 Annual Cash Bonus award which will be determined at the end of the year, and to elect a payment schedule for this award.

FORM 2A, attached, to defer your 2001 Long Term Incentive Plan award, and to elect a payment schedule for this award.

FORM 3, attached, allows you to elect the period of deferral and the payment schedule for your Supplemental Pension Bonus Plan (Supplement #3) Benefit.

In the January following the end of the deferral term, installment payments will be made on a declining balance basis (i.e. for a 15-year payout, $1/15^{th}$, $1/14^{th}$, $1/13^{th}$…1/2, 1/1).

If no election is made, the Employee Deferral Plan, the Supplemental Pension Bonus Plan, and the Supplemental Pension Plan (Thrift Benefit) will be paid in annual installments over one-half your actuarial life expectancy (*approximately equal to 85 minus your age at commencement, divided by two*) commencing in the January following retirement, separation or the deferral end date, as applicable.

Requests for lump-sum payouts should continue to be submitted to the Plan Administrator, and may be approved solely at the Company's discretion.

Please complete the attached forms and return to me in the envelope provided by May 15, 2001. If you have any questions, please contact Christina Toto at Texnet 333-6281 or me at Texnet 333-7999.

Plaintiffs 0006