Katz, Larry A

**From:** Raftery, Kenneth M
**Sent:** Thursday, October 04, 2001 2:56 PM
**To:** Bandy, C Michael
**Subject:** FW: Question

Mike - just wanted to be clear with you on this issue we had previously discussed. As you can see from Christina's note below all the people in the Cash Bonus and LTI have NOT been treated equally. Only the Leadership Team, Michelle, Peter Tong, Larry and myself are in the deferral plan for the cash bonus award. This is because only this small group was deemed to definitely be getting a bonus and would therefore qualify for the constructive receipt clause within the IRS regs.

Larry and I have therefore been allowed to participate in this Bonus Deferral Plan when none of the others in the LTI have been afforded the same benefit. As I said to you before, this just supports the fact that Larry and I have been treated as de-facto 20's being allowed in Compensation Plans not offered to others in the Cash Bonus or LTI plans.


-----Original Message-----
From: Toto, Christina L
Sent: Thursday, October 04, 2001 2:36 PM
To: Raftery, Kenneth M
Subject: RE: Question


The answer remains the same!

Christina R. Toto
Manager Compensation & Benefits
FAMM LLC.
DID (914) 253-6281
Texnet 333-6281
Fax (425) 963-3896



-----Original Message-----
From: Raftery, Kenneth M
Sent: Friday, September 21, 2001 10:48 PM
To: Toto, Christina L
Subject: RE: Question


So only the 12 I mentioned below are in the deferral plan for the cash bonus? I know there was one "plan" where only those 12 or so people were included (LTM, Michelle, Peter T, Larry and myself). Thanks Christine!


-----Original Message-----
From: Toto, Christina L
To: Raftery, Kenneth M
Sent: 9/21/01 9:00 AM
Subject: RE: Question

Yes your numbers are correct and yes everyone in the LTI plan can be in the deferral plan (but only for LTIP awards). Please let me know if you need anything else.

-----Original Message-----

Katz 00024

1

From: Raftery, Kenneth M
To: Toto, Christina L
Sent: 9/20/01 7:55 PM
Subject: Question

Hi Chrstina - my phone call actually wasn't about the deferral forms - by now you should have them. It was a question on FAMM's Comp Plans that I had after a discussion on Monday with CMB. He said to check with you.

Can you confirm that there are +/- 30 people in the Cash bonus plan, +/-20 in the LTI and +/-12 in the deferral Plan for the Cash bonus award made up of the Leadership Team (8?), Michelle, Peter Tong, Larry and myself. Mike was under the impression that all people in the LTI plan were also in the Deferral plan for the bonus but I recalled that not being the case. Please let me know, thanks!

Katz 00025