Jun.29. 2004 7:11AM    MARTINLUCASCHIOFFI    No.2598  P. 1
MSN Hotmail – Case 3:02-cv-02201-AWT   Document 51-21   Filed 06/30/2004   Page 1 of 1   Page 1 of 1

**Hotmail®** kenraftery@hotmail.com                                        Inbox | Previous Page

**From:** Tom Lynch <lynchkt@optonline.net>
**To:** Ken Raftery <kenraftery@hotmail.com>
**CC:** John J O'keefe <jjok@chevron.texaco.com>, Alan Preston <arpr@chevrontexaco.com>
**Subject:** Re: Benefits Question
**Date:** Fri, 20 Dec 2002 09:27:47 -0500

I'm not at all sure. Earlier this year this question came up however there was no summary plan description or administrative guidelines. There was a Board resolution that spoke to a Supp 3 for FAMM and at least some one said it should mirror the Texaco plan in all ways. If that is the case that PG 19's would not be eligible since Texaco has never recognized PG 19 for this plan even if they received a bonus ( sometimes as high as 40K plus) and a LTIP at the same level as a PG 20. Position grade was the key. This was how we administered coordinating the plans of Caltex/Amoseas/Star Enterprise. My assumption would be FAMM employees would be treated the same as there Texaco counterparts no better no worse based on position grade. Hope this helps. I'm sending a copy of this to ChevronTexaco so I am not accused, rightfully so, of practicing Exec Comp without a license.

----- Original Message -----
From: "Ken Raftery" <kenraftery@hotmail.com>
To: <lynchkt@optonline.net>
Sent: Thursday, December 19, 2002 6:14 PM
Subject: Benefits Question


>
> Hi Tom, I saw your note to Don Nelson re: Supp 3 payments.  Don was under
> Texaco's Supp 3 plan and I am supposedely under FAMM's Supp 3 plan.  I
> wanted to know if you believed FAMM did indeed have their own Supp 3 plan.
> Also, were any Texaco PG 19's eligible for Texaco's Supp 3 plan?  Thanks!
>
>
> Ken Raftery
> 171 Meadows End Road
> Monroe, CT  06468
>
> Home – (203) 452-0886
> Cell – (203) 767-2418
> Email – kenraftery@hotmail.com
>
>
>
>
> _____
> STOP MORE SPAM with the new MSN 8 and get 2 months FREE*
> http://join.msn.com/?page=features/junkmail
>

EXHIBIT

Raftery 00047