



## THE SUPPLEMENTAL BONUS RETIREMENT PLAN
### (SUPPLEMENT NO. 3)

*Highlights*

| | |
|---|---|
| **Plan Design** | The Supplemental Bonus Retirement Plan is designed to provide benefits to certain management or highly compensated employees who participate in a retirement plan and a bonus plan of Texaco Inc., or a member of its affiliated group. (Payments under broad-based and/or stipend plans are not included in the Supplemental Bonus Retirement Plan.) |
| **Eligibility** | An employee is eligible to participate in the Supplemental Bonus Retirement Plan if the employee is (a) eligible to receive a benefit under a pension plan maintained by Texaco or a member of its affiliated group and (b) has received a bonus under a bonus plan within the last ten years prior to termination of employment. |
| **Non-Contributory Benefit** | The non-contributory Supplemental Bonus Retirement Plan benefit is computed using the same basic elements[1] as used in the retirement plan, except that final average pay will be replaced with final average bonus and there is no social security offset. |
| | Final average bonus is computed by taking the sum of the three highest bonuses received during the last ten years prior to retirement and dividing by thirty-six months. |
| **Contributory Benefit** | The contributory Supplemental Bonus Retirement Plan benefit is computed using the same basic elements as used in the retirement plan except that contributory service is attributable to the lesser of the number of years in which the employee was a contributory member of a retirement plan and received a bonus. The cost for contributory service is 1% of total bonuses plus compounded interest at 5% from the date the bonuses were awarded. The cost for contributory service is deducted from the Supplemental Bonus Retirement Plan benefit at the time of termination of employment. |
| **Vesting** | The Supplemental Bonus Retirement Plan benefit is subject to forfeiture for any employee who terminates employment prior to attaining age 50, unless you were age 50 on or before January 1, 1994, in which case your accrued benefit as of that date is fully vested. |
| **Payment** | Payment is made in equal installments over one-half of a participant's life expectancy in the January following retirement. Other payment arrangements may be made at the Company's discretion. Compound interest will be applied to accrued amounts at the ten-year constant maturity rate plus one percent. |
| **Forfeiture** | See "Forfeiture Provisions" for all plans. |

---

[1] For former Getty employees, credited benefit service is from March 1, 1986 to date of separation.

Texaco 0231