DEFENDANT'S EXHIBIT

## Cash Severance Benefit Estimator

1. Highest Base Pay Within Past Year — $12,608.00

2. Years of service (*maximum is 24 and minimum is 3*) — 13

3. Highest Bonus or Annual Overtime Pay Within Past 5 Years: — $40,000.00

4. Monthly Company contribution rate based on current level of medical coverage if employee is a member of Company sponsored Medical Plan (i.e., Texaco Comprehensive Medical Plan or HMO) — $568.45

| | |
|---|---|
| BASE PAY BENEFIT (*Months x Base Pay*) | 163,904.00 |
| BONUS & OVERTIME BENEFIT (*Highest Bonus or Annual Overtime/12 x Months*) | $ 13,333.33 |
| TOTAL Base Pay & Bonus/Overtime Benefit | $ 177,237.33 |
| BENEFIT PLANS MAKE-UP PAYMENT: | |
| RETIREMENT PLAN (*Base Pay Benefit + (Overtime or Bonus Pay Benefit) x 10%*) | 20,723.73 |
| THRIFT PLAN (*Base Pay Benefit x 6%*) | 9,834.24 |
| MEDICAL PLAN (*Medical Contribution x Months*) | $ 7,389.85 |
| TOTAL Benefit Plans Make-Up Payment | $ 37,947.82 |
| ESTIMATED TOTAL CASH SEVERANCE BENEFIT | $ 245,185.16 |

COC ELECTION:
| | | | |
|---|---|---|---|
| FIRST PAYOUT: | UPON SEPARATION 2002 | 50% | $122,592.58 |
| SECOND PAYOUT: | 2003 | 25% | $61,296.29 |
| THIRD PAYOUT: | 2004 | 25% | $61,296.29 |

EMPLOYEE: Kenneth M. Raftery
SEPARATION DATE: 7/31/2002
SERVICE: 12 yrs. 2 mos.
NUMBER OF MONTHS OF COC: 13
PERNO: 28001

Below is your Change of Control Separation Benefits under the Change of Control provisions.

This is a PRELIMINARY CALCULATION and is not intended as a guarantee for a Change of Control Benefit Payout. Your individual data has not been verified for accuracy and is for your general information only. Be aware that these calculations do not reflect any possible reductions; for example, a reduction in Base Pay that could be due from retroactive payouts or if you previously received any severance payouts that would be deducted. Final processing and data confirmations will not take place until the Change of Control Benefits is approved and the employee has terminated.

5/6/2003

Texaco 0001