Minutes of a Meeting of the Board of Directors of
Fuel and Marine Marketing LLC
held via Teleconference
22nd August 2001

<u>Directors</u>
George J. Batavick
Matthew J. Foehr
Scott D. H. Jeffery
C. Michael Bandy, ex-officio

<u>In Attendance</u>
Michele J. Swanson, Assistant Secretary

A special meeting of the Board was held at 10:00 AM CST to resolve three human resource issues. The Board confirmed one action it had taken during the July 31, 2001 FAMM Board meeting. Mr. Bandy then presented issues two employees had concerning their paygrades. The Board considered the matter, including the fact that the positions in question had been rated by both of FAMM's owners at the formation of FAMM in 1998 and again approximately one year later, and had been confirmed at the current level. As no proposal was before the Board, no further action by the Board was required.

\* \* \* \* \*

There being no further business, the meeting was adjourned.

Michele J. Swanson
Assistant Secretary

GJB
MJF
SDHJ
CMB

U:\prfammminutes822final


PLAINTIFF'S EXHIBIT
Jeffery 3
12-16-03

Texaco 0139