**Raftery, Kenneth M**

---

**From:** Raftery, Kenneth M
**Sent:** Wednesday, April 10, 2002 1:08
**To:** Katz, Larry A
**Cc:** Raftery, Kenneth M
**Subject:** Discussion with Mike Bandy



Just got out of Mike's office where he told me had not heard at all from John Goldsby or anyone on the Claim Committee regarding our case/appeal. He did say, though, that he was at the Met on Sunday night for a dinner and sat with Tom Lynch. Tom said that he was aware that you and I had filed a claim with the Claim Committee and that the issue was a "slam-dunk" - his words. They felt "they were on very solid ground" and that the answer was no to us getting the Enhanced Benefits. Mike advised Tom he believed it was not a slam dunk and that if this ever went to court he thought we had a very strong case.

I then called John Goldsby who said the the committee had not yet met to review our case and that they would be meeting either this Thursday or next Tuesday. He also told me that he felt they did not need to speak with Mike Bandy or anyone else in FAMM because he felt that everything the committee needed was in our claim and the Enhanced Benefit letter. This was opposite what he told me on our initial meeting Wednesday, March 27, 2002. At that meeting I asked if they would contact Mike, Michelle or Peter Meade to get their views on our issue and he said yes. Apparently he feels that he no longer needs their input. I surmise that he already has the committee's answer to our claim from Tom Lynch - "no". This was his and Steven Pennachio's opinion on this previously, however that's why we have gone to an independent committee to get a ruling.

So much for this committee reviewing our claim fairly. It appears that although they have not reviewed our case or spoken to anyone in FAMM, they have talked to Tom Lynch who has "counseled" them to say "no" to our claim. How could Tom have the answer to our request before this committee has even reviewed it? Extremely disappointing that this old boy network is still at work.

One other thing Mike said this morning was that someone mentioned to him that they thought Scott's job was a 26 and he was a PG 27 "PIJ" - person in job. Both he and Michelle told me definitively again today that this was NOT the case. The Comptroller's job was always a PG 27 and that if they try to say it was a PG 26 it could only be supported by them "doctoring the paperwork" - his words. I certainly hope this is not the case.

Plaintiffs 000163

3/1/2003