October 21, 2002

Change of Control Committee
Att: Ron Boilla
P.O. Box 5005
Bellaire, TX 77402


PLAINTIFF'S EXHIBIT 62

Dear Ron,

Pursuant to Texaco's Change of Control provision of the Separation Pay Plan, we are requesting reimbursement of legal fees in the amount of $1,846.67 (copy of bill attached). The fees were incurred in the enforcement of our rights under the Separation Pay Plan. Payment may be split and forwarded to each of us at our addresses below.

Sincerely,

Ken Raftery
171 Meadows End Road
Monroe, CT 06468

Larry Katz
48 Janes Lane
Stamford, CT 06903

Plaintiffs 000161

ChevronTexaco Corporation

5901 S. Rice, Suite B116
Bellaire, TX 77401
Tel 713-432-3838
Fax 713-432-3088
boillrg@chevrontexaco.com

Ron G. Boilla
Director
Texaco Benefits Administration

# ChevronTexaco

November 6, 2002

Ken Raftery
171 Meadows End Road
Monroe, CT 06468

Larry Katz
48 Janes Lane
Stamford, CT 06903

Gentlemen,

The Change of Control Committee is in receipt of your October 21, 2002 letter requesting reimbursement of legal fees. As I previously stated to you, there will be no contemporaneous reimbursement of "attorney's fees, costs and other expenses" incurred by you regarding your claim for Change of Control Benefits. Instead, reimbursement will be made for reasonable fees and costs (if any) only after the matter has been fully and completely resolved absent a determination by a court of competent jurisdiction that the cause of action raised was frivolous.

Please contact Kwame Satchell, Counsel for Chevron Services Company, at 713-752-7837 with any further questions.

Sincerely,

*Ron Boilla /ws*

On Behalf of the Change of Control Claims Committee

Plaintiffs 000162