UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY A. KATZ and,<br>KENNETH M. RAFTERY,<br>    Plaintiffs,<br><br>vs.<br><br>THE SEPARATION PAY PLAN OF<br>TEXACO INC. and TEXACO INC.<br><br>    Defendants. | CASE NO. 3:02CV02201(AWT)<br><br><br><br><br><br><br><br>June 30, 2004 |

### APPEARANCE OF ELLEN M. NICHOLS

Please enter my appearance as attorney for Defendants, The Separation Pay Plan of Texaco Inc. and Texaco Inc.

*[signature]*
Ellen M. Nichols
CT 25631
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
(203) 961-0404
(203) 324-4704 (facsimile)
nicholse@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing has been served, via hand delivery, this date, to counsel of record:

>Scott R. Lucas, Esq.
>Martin Lucas & Chioffi, LLP
>117 Broad Street, 16th Floor
>Stamford, CT 06901

_____
Ellen M. Nichols