UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY A. KATZ and, <br> KENNETH M. RAFTERY, <br><br> Plaintiffs, <br><br> v. <br><br> THE SEPARATION PAY PLAN OF <br> TEXACO, INC. and TEXACO INC. <br><br> Defendants. | CASE NO. 3:02CV02201(AWT) <br><br><br><br><br> June 30, 2004 |

## MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56

Defendants The Separation Pay Plan of Texaco Inc. and Texaco Inc. hereby move pursuant to Federal Rule of Civil Procedure 56 seeking dismissal of Plaintiffs' Complaint in its entirety. In support of the motion for summary judgment, Defendants submit the declarations of Conrad S. Kee, Janet L. Stoner and C. Michael Bandy, with exhibits annexed thereto, a statement pursuant to D. Conn. L. Civ. R. 56(a)1, and a supporting memorandum of law.

**ORAL ARGUMENT IS REQUESTED**
**TESTIMONY IS NOT REQUIRED**

Respectfully submitted,

DEFENDANTS,
THE SEPARATION PAY PLAN OF TEXACO
INC. AND TEXACO INC.

By: _____
    Conrad S. Kee (CT 16904)
    Ellen M. Nichols (CT 25631)
    JACKSON LEWIS LLP
    177 Broad Street
    P.O. Box 251
    Stamford, Connecticut 06904-0251
    Phone: (203) 961-0404
    Facsimile: (203) 324-4704
    E-mail: keec@jacksonlewis.com
            nicholse@jacksonlewis.com

Its Attorneys

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing has been hand delivered, this 30th day of June 2004, to counsel of record listed below:

Scott Lucas, Esq.
Mary Canaday, Esq.
Martin, Lucas & Chioffi, LLP
177 Broad Street, 16th Floor
Stamford, CT 06901

_____
Conrad S. Kee