UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LARRY A . KATZ and,<br>KENNETH M. RAFTERY, | : | CASE NO.  3:02CV02201(AWT) |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| THE SEPARATION PAY PLAN OF | : | June 30, 2004 |
| TEXACO, INC. and TEXACO INC. | : | |
| | : | |
| Defendants. | : | |

### DECLARATION OF CONRAD S. KEE
### IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, CONRAD S. KEE, hereby declare as follows:

1.      I am a partner with the law firm Jackson Lewis LLP and we represent the Defendants, The Separation Pay Plan of Texaco Inc. and Texaco Inc. in the above-referenced matter.  I have personal knowledge of the matters set forth in this Declaration.

2.      A true and correct copy of the relevant pages of the transcript of the deposition of Plaintiff Lawrence A. Katz taken on April 29, 2004 are annexed hereto as Exhibit A.

3.      A true and correct copy of the relevant pages of the transcript of the deposition of Plaintiff Kenneth M. Raftery taken on April 30, 2004 are attached hereto as Exhibit B.

PURSUANT TO 28 U.S.C.  §1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

CONRAD S. KEE

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been hand delivered, this 30th day of June 2004, to counsel of record listed below:

Scott Lucas, Esq.
Mary Canaday, Esq.
Martin, Lucas & Chioffi, LLP
177 Broad Street, 16th Floor
Stamford, CT 06901

Conrad S. Kee