UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LARRY A. KATZ and,
KENNETH M. RAFTERY,
     Plaintiffs,

vs.

THE SEPARATION PAY PLAN OF
TEXACO, INC. and TEXACO INC.

     Defendants.

CASE NO. 3: 02CV02201(AWT)

June 30, 2004

## NOTICE OF MANUAL FILING

Please take notice that Defendants, The Separation Plan of Texaco Inc., and Texaco Inc., have manually filed the following documents or things

**Stoner Declaration Exhibit E**

**Kee Declaration Exhibit I**

**Kee Declaration Exhibit J**

These documents have not been filed electronically because

[ ]   the document or thing cannot be converted to an electronic format

[ X ]   the electronic file size of the documents exceed 1.5 megabytes

[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents or things have been manually served on all parties.

Respectfully submitted,

THE DEFENDANTS,
THE SEPARATION PAY PLAN OF TEXACO
INC., AND TEXACO INC.

By: _____
Conrad S. Kee (CT 16904)
Ellen M. Nichols (CT 25631)
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
(203) 961-0404
(203) 324-4704 (facsimile)
Keec@jacksonlewis.com
nicholse@jacksonlewis.com

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was hand delivered this 30th day of June to:

Scott R. Lucas, Esq.
Mary Canaday, Esq.
Martin Lucas & Chioffi, LLP
117 Broad Street, 16th Floor
Stamford, CT 06904

_____
Conrad S. Kee

4