UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY A. KATZ and, <br> KENNETH M. RAFTERY, <br> Plaintiffs, <br> vs. <br> THE SEPARATION PAY PLAN OF <br> TEXACO, INC. and TEXACO INC. <br> Defendant. | : CASE NO. 3:02CV02201(AWT) <br> : <br> : <br> : <br> : <br> : <br> : July 27, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure and the current Modified Scheduling Order, the Defendants, The Separation Pay Plan of Texaco Inc., and Texaco Inc. ("Defendants"), respectively request that the time to file opposition briefs to the dispostive motions be extended seven (7) days from July 30, 2004 to August 6, 2004 and any reply brief from August 16, 2004 to August 23, 2004.

In support of this motion, the undersigned counsel represent as follows:

1. Opposition briefs to the dispositive motions are currently due on July 30, 2004.

2. With the 7-day extension, opposition briefs to the dispositive motions will be due on August 6, 2004.

3. Any reply brief is currently due on August 16, 2004.

4. Any reply brief will now be due on August 23, 2004.

5. This extension is necessary due to other unexpected commitments of counsel.

6.  Defendants' counsel has contacted Plaintiffs' counsel to ascertain his position on this motion and plaintiff's counsel has consented to this motion.

WHEREFORE, the Defendants, The Separation Pay Plan of Texaco, Inc. and Texaco Inc., respectfully request that this Motion for an Extension of Time be granted:

Respectfully submitted,

THE DEFENDANTS,
THE SEPARATION PAY PLAN OF TEXACO
INC., AND TEXACO INC.

By: _____
Conrad S. Kee (CT 16904)
Ellen Nichols (CT 25631)
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
(203) 961-0404
(203) 324-4704 (facsimile)
Keec@jacksonlewis.com
Nicholse@jacksonlewis.com

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was hand delivered, this date, to:

Scott R. Lucas
Mary Alice S. Canaday
Martin, Lucas & Chioffi, LLP
177 Broad Street, 17th Floor
Stamford, CT 06904

_____
Conrad S. Kee