

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUL 28 A 10: 52
U.S. DISTRICT COURT
HARTFORD, CT

LARRY A. KATZ and,
KENNETH M. RAFTERY,
        Plaintiffs,

vs.

THE SEPARATION PAY PLAN OF
TEXACO, INC. and TEXACO INC.

        Defendant.

CASE NO. 3: 02CV02201(AWT)

July 27, 2004

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure and the current Modified Scheduling Order, the Defendants, The Separation Pay Plan of Texaco Inc., and Texaco Inc. ("Defendants"), respectively request that the time to file opposition briefs to the dispostive motions be extended seven (7) days from July 30, 2004 to August 6, 2004 and any reply brief from August 16, 2004 to August 23, 2004.

In support of this motion, the undersigned counsel represent as follows:

1. Opposition briefs to the dispositive motions are currently due on July 30, 2004.

2. With the 7-day extension, opposition briefs to the dispositive motions will be due on August 6, 2004.

3. Any reply brief is currently due on August 16, 2004.

4. Any reply brief will now be due on August 23, 2004.

This extension is necessary due to other unexpected commitments of counsel.

FILED 2004 AUG -5 A 11: 52 U.S. DISTRICT COURT HARTFORD, CT.

Extension GRANTED, nunc pro tunc, to and including August 6, 2004.
It is so ordered

Alvin W. Thompson, U.S.D.J.
Hartford, CT    8/5/04