UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY A. KATZ<br>And KENNETH M. RAFTERY,<br><br>Plaintiffs,<br><br>V.<br><br>THE SEPARATION PAY PLAN<br>OF TEXACO, INC.<br>And TEXACO, INC.,<br><br>Defendants. | CIVIL ACTION NO.<br>302 CV 02201 (AWT)<br><br><br><br><br><br><br><br>APRIL 11, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 7(e), the undersigned moves for leave of Court to withdraw his appearance as counsel for plaintiffs in this matter. Plaintiffs will continue to be represented by Scott R. Lucas of this firm.

By _____
Michel Bayonne (ct24628)
*Attorney for Plaintiffs*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
mbayonne@mlc-law.com

## CERTIFICATE OF SERVICE

This is to certify that on this 11th day of April, 2004, a copy of the foregoing was mailed, first class, postage prepaid, to:

Conrad S. Kee, Esq.
Jackson Lewis LLP
177 Broad Street
Stamford, CT 06904
Phone: (203) 961-0404
Fax: (203) 324-4704
KeeC@JacksonLewis.com

_____
Michel Bayonne