FILED
05 APR 12 A 10: ~3
U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY A. KATZ<br>And KENNETH M. RAFTERY,<br><br>Plaintiffs,<br><br>V.<br><br>THE SEPARATION PAY PLAN<br>OF TEXACO, INC.<br>And TEXACO, INC.,<br><br>Defendants. | CIVIL ACTION NO.<br>302 CV 02201 (AWT)<br><br><br><br><br><br><br><br>APRIL 11, 2005 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 7(e), the undersigned moves for leave of Court to withdraw his appearance as counsel for plaintiffs in this matter. Plaintiffs will continue to be represented by Scott R. Lucas of this firm.

By _____
Michel Bayonne (ct24628)
*Attorney for Plaintiffs*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
mbayonne@mlc-law.com

U.S. DISTRICT COURT
HARTFORD, CT.

2005 APR 22 P 1:53
**GRANTED.  It is so ordered.**

_____
**Alvin W. Thompson, U.S.D.J.**
**Hartford, CT**  4/24/05