UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY A. KATZ and, <br> KENNETH M. RAFTERY, <br><br> Plaintiffs, <br> v. <br><br> THE SEPARATION PAY PLAN OF <br> TEXACO, INC. and TEXACO INC. <br><br> Defendant. | : <br> : <br> : <br> : CASE NO. 3:02CV02201(AWT) <br> : <br> : <br> : <br> : <br> : July 14, 2005 <br> : |

### MOTION TO WITHDRAW APPEARANCE OF ELLEN M. NICHOLS

Pursuant to Local Rule 7(e), the undersigned attorney respectfully moves for the withdrawal of her appearance as attorney for the defendants in this case because effective July 15, 2005 she will no longer be working for the law firm of Jackson Lewis LLP. Counsel has sent notice of this motion via certified mail (attached as Exhibit A) to the defendants. Jackson Lewis attorney Conrad S. Kee has already entered an appearance on behalf of the defendants.

RESPECTFULLY SUBMITTED,

DEFENDANTS,

THE SEPARATION PAY PLAN
OF TEXACO, INC. and TEXACO
INC.

By: _____
Ellen M. Nichols
CT 25631
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
(203) 961-0404
(203) 324-4704 (facsimile)
Email: nicholse@jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing has been served via certified mail, receipt number 7004 2510 0002 3696 1473, return receipt requested, postage prepaid, this 14th day of July, 2005 to counsel of record listed below:

Scott R. Lucas, Esq.
Martin Lucas & Chioffi, LLP
117 Broad Street, 16th Floor
Stamford, CT 06901

*Ellen M. Nichols*
Ellen M. Nichols