UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY A. KATZ and, <br> KENNETH M. RAFTERY, <br>           Plaintiffs, <br> vs. <br><br> THE SEPARATION PAY PLAN OF <br> TEXACO, INC. and TEXACO INC. <br><br>           Defendant. | CASE NO. 3: 02CV02201(AWT) <br><br><br><br><br><br> July 20, 2005 |

## APPEARANCE OF ALISON JACOBS WICE

     Please enter my appearance as attorney for defendants, The Separation Pay Plan of Texaco Inc., and Texaco Inc.

By: /s/ Alison Jacobs Wice
Alison Jacobs Wice
Jurist # CT 21771
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
Phone: (203) 961-0404
Facsimile: (203) 324-4704
Email: wicea@jacksonlewis.com

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 20th day of July 2005, postage prepaid, to:

>Scott R. Lucas
>Mary Alice S. Canaday
>Martin, Lucas & Chioffi
>1177 Summer St.
>Stamford, CT 06905

*/s/ Alison Jacobs Wice*
Alison Jacobs Wice