UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY A. KATZ and, <br> KENNETH M. RAFTERY, <br>             Plaintiffs, <br> vs. <br><br> THE SEPARATION PAY PLAN OF <br> TEXACO, INC. and TEXACO INC. <br><br>             Defendants. | CASE NO. 3:02CV02201(AWT) <br><br><br><br><br><br><br> July 22, 2005 |

### MOTION FOR ADMISSION OF VISITING LAWYER

Pursuant to Local Rule 83.1(d), the undersigned, a member in good standing of the bar of this Court, requests that the Court admit Jennifer Courtian as a visiting lawyer to represent the Defendants The Separation Pay Plan of Texaco Inc., and Texaco Inc. in this case.

In support of this Motion, an affidavit duly sworn and executed by the proposed visiting lawyers is enclosed herewith and establishes that:

    1.    Jennifer Courtian is an attorney in the firm of Jackson Lewis LLP. Her office address and other contact information are:

> Jackson Lewis LLP
> 59 Maiden Lane
> New York, New York 10038
> Tel 212 545-4000
> Fax 212 972-3213
> courtianj@jacksonlewis.com

    2.    Ms. Courtian is a member in good standing of the following courts:

> State Bar of New York
> Bar of District of Columbia
> United States District Court for the Southern District of New York
> United States District Court for the Northern District of New York

ORAL ARGUMENT NOT REQUESTED

TESTIMONY NOT REQUIRED

       United States District Court for the Western District of New York
       United States District Court for the Eastern District of New York
       United States District Court for the Eastern District of Michigan
       United States Court of Appeals for the Second Circuit

3.     Ms. Courtian has not been denied admission or disciplined by this Court or denied admission or disciplined by any other court.

4.     In accordance with Local Rule 83.1(d), the affidavit of Ms. Courtian is attached.

5.     A fee of $25.00 has been paid contemporaneously with this Motion.

                THE DEFENDANTS,
                THE SEPARATION PAY PLAN OF TEXACO
                INC., AND TEXACO INC.

                By: _____
                Alison Jacobs Wice (CT 21771)
                JACKSON LEWIS LLP
                177 Broad Street, P.O. Box 251
                Stamford, CT 06904-0251
                (203) 961-0404
                (203) 324-4704 (Facsimile)
                wicea@jacksonlewis.com

                Its Attorneys

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY A . KATZ and,<br>KENNETH M. RAFTERY,<br>　　　　　Plaintiffs,<br><br>vs.<br><br>THE SEPARATION PAY PLAN OF<br>TEXACO, INC. and TEXACO INC.<br><br>　　　　　Defendant. | CASE NO. 3: 02CV02201(AWT) |

## O R D E R

Defendants' Motion for Admission of Visiting Lawyer:

Jennifer Courtian

having come before this Court, Defendants' Motion is hereby:

### GRANTED / DENIED

This __ date of _____, 2005.

_____
United States District Court Judge

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing MOTION FOR ADMISSION OF VISITING LAWYER and supporting documents have been served, via regular mail, postage prepaid, to counsel of record at the following address:

> Scott R. Lucas
> Mary Alice S. Canaday
> Martin, Lucas & Chioffi
> 1177 Summer St.
> Stamford, CT 06905

This 22nd day of July, 2005.

*Alison Jacobs Wice*
Alison Jacobs Wice