UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY A. KATZ and,<br>KENNETH M. RAFTERY,<br>               Plaintiffs,<br>vs.<br><br>THE SEPARATION PAY PLAN OF<br>TEXACO, INC. and TEXACO INC.<br><br>               Defendant. | CASE NO. 3: 02CV02201(AWT)<br><br><br><br><br><br><br>July 20, 2005 |

## AFFIDAVIT OF JENNIFER COURTIAN
## IN SUPPORT OF ADMISSION AS A VISITING LAWYER

JENNIFER COURTIAN, having been duly sworn, hereby deposes and says:

1. I am over the age of eighteen and understand the meaning and obligations of an oath.

2. I am an attorney in the firm of Jackson Lewis LLP. My office and other contact information are:

> Jackson Lewis LLP
> 59 Maiden Lane,
> New York, New York 10038
> Tel 212 545-4000
> Fax 212 972-3213
> courtianj@jacksonlewis.com

3. I am a member in good standing of the following courts:

> State Bar of New York
> Bar of District of Columbia
> United States District Court for the Southern District of New York
> United States District Court for the Northern District of New York
> United States District Court for the Western District of New York
> United States District Court for the Eastern District of New York

United States District Court for the Eastern District of Michigan
United States Court of Appeals for the Second Circuit

4. I have not been denied admission or disciplined by this Court or denied admission or disciplined by any other court.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

The foregoing statements are true and correct to the best of my knowledge and belief.

_____
Jennifer Courtian

Subscribed and sworn
To before me
This ___ day of _____, 2005

_____
Notary Public/Commissioner of Court

LISA M. TROCCHIO
Notary Public, State of New York
No. 02TR6115292
Qualified in Kings County
Commission Expires 9/7/08

2