69

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JUL 15 A 10: 42

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| LARRY A. KATZ and, <br> KENNETH M. RAFTERY, <br><br> Plaintiffs, <br><br> v. <br><br> THE SEPARATION PAY PLAN OF <br> TEXACO, INC. and TEXACO INC. <br><br> Defendant. | CASE NO. 3:02CV02201(AWT) <br><br><br> July 14, 2005 |

### MOTION TO WITHDRAW APPEARANCE OF ELLEN M. NICHOLS

Pursuant to Local Rule 7(e), the undersigned attorney respectfully moves for the withdrawal of her appearance as attorney for the defendants in this case because effective July 15, 2005 she will no longer be working for the law firm of Jackson Lewis LLP. Counsel has sent notice of this motion via certified mail (attached as Exhibit A) to the defendants. Jackson Lewis attorney Conrad S. Kee has already entered an appearance on behalf of the defendants.

RESPECTFULLY SUBMITTED,

DEFENDANTS,

THE SEPARATION PAY PLAN
OF TEXACO, INC. and TEXACO
INC.

By: _____
Ellen M. Nichols
CT 25631
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
(203) 961-0404
(203) 324-4704 (facsimile)
Email: nicholse@jacksonlewis.com

FILED 2005 SEP -7 P 4:41 DISTRICT COURT HARTFORD CT.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT 9/7/05