UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY A. KATZ and, <br> KENNETH M. RAFTERY, <br>       Plaintiffs, <br> vs. <br><br> THE SEPARATION PAY PLAN OF <br> TEXACO, INC. and TEXACO INC. <br><br>       Defendants. | FILED <br><br> CASE NO. 3:02CV02201(AWT) <br><br> U.S. DISTRICT COURT <br> HARTFORD, CT. <br><br> July 22, 2005 |

## MOTION FOR ADMISSION OF VISITING LAWYER

Pursuant to Local Rule 83.1(d), the undersigned, a member in good standing of the bar of this Court, requests that the Court admit Jennifer Courtian as a visiting lawyer to represent the Defendants The Separation Pay Plan of Texaco Inc., and Texaco Inc. in this case.

In support of this Motion, an affidavit duly sworn and executed by the proposed visiting lawyers is enclosed herewith and establishes that:

1. Jennifer Courtian is an attorney in the firm of Jackson Lewis LLP. Her office address and other contact information are:

   Jackson Lewis LLP
   59 Maiden Lane
   New York, New York 10038
   Tel  212 545-4000
   Fax  212 972-3213
   courtianj@jacksonlewis.com

**GRANTED.  It is so ordered.**

_____
Alvin W. Thompson, U.S.D.J.
Hartford, CT  9/7/05

2. Ms. Courtian is a member in good standing of the following courts:

   State Bar of New York
   Bar of District of Columbia
   United States District Court for the Southern District of New York
   United States District Court for the Northern District of New York

ORAL ARGUMENT NOT REQUESTED

TESTIMONY NOT REQUIRED