**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
LARRY A. KATZ and             :
KENNETH RAFERTY,              :
                              :
     Plaintiffs,              :
                              :
v.                            :   Civil No. 3:02CV02201 (AWT)
                              :
SEPARATION PAY PLAN OF        :
TEXACO, INC., and TEXACO,     :
INC.,                         :
                              :
     Defendants.              :
                              :
------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

    This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

    ____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

    ____ A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

    _X__ A ruling on the following motions, which are currently pending: <u>Plaintiffs' Motion for Summary Judgment (Doc. No. 48) and defendants' Motion for Summary Judgment Pursuant to Rule 56 (Doc. No. 53)</u> (orefm.)

    ____ A settlement conference (orefmisc./cnf)

    ____ Other:_____ (orefmisc./misc)

    It is so ordered.

    Dated this 3rd day of April, 2006, at Hartford, Connecticut.

                                   /s/Alvin W. Thompson

                                   Alvin W. Thompson
                             United States District Judge