UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY A. KATZ and, <br> KENNETH M. RAFTERY, <br>           Plaintiffs, <br> vs. <br> THE SEPARATION PAY PLAN OF <br> TEXACO, INC. and TEXACO INC. <br>           Defendant. | CASE NO. 3: 02CV02201(AWT) <br><br><br><br><br><br> September 28, 2006 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the Defendants, The Separation Pay Plan of Texaco Inc., and Texaco Inc. ("Defendants"), respectively request that the time to file the Reply to Plaintiffs' Objections to the Recommended Ruling on Cross-Motions for Summary Judgment Dated August 31, 2006 be extended five (5) days from September 28, 2006 to October 3, 2006.

In support of this motion, the undersigned counsel represent as follows:

1. Defendants' Reply to Plaintiffs' Objections are currently due September 28, 2006.

2. With the 5-day extension, Defendants' Reply to Plaintiffs' Objections will be due on October 3, 2006.

3. This extension is necessary to allow time for counsel to confer with Defendants on its Reply.

4. Defendants' counsel has contacted Plaintiffs' counsel to ascertain his position on this motion and Plaintiffs' counsel has consented to this Motion.

WHEREFORE, the Defendants, The Separation Pay Plan of Texaco, Inc. and Texaco Inc., respectfully request that this Motion for an Extension of Time be granted:

Respectfully submitted,

THE DEFENDANTS,
THE SEPARATION PAY PLAN OF TEXACO
INC., AND TEXACO INC.

By: _____
Conrad S. Kee (CT 16904)
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
(203) 961-0404
(203) 324-4704 (facsimile)
Keec@jacksonlewis.com
Nicholse@jacksonlewis.com

## CERTIFICATION

      I hereby certify that on this date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing as indicated below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Conrad S. Kee