UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY A. KATA and<br>KENNETH M. RAFTERY :<br>:<br>v. : CASE NO. 3:02CV02201 (AWT)<br>:<br>THE SEPARATION PAY PLAN OF :<br>TEXACO, INC., and TEXACO, INC. : | |

## JUDGMENT

This action having come on for consideration of cross motions for summary judgment before the Honorable Donna F. Martinez, United States Magistrate Judge, and the Honorable Alvin W. Thompson, United States District Judge and,

The Honorable Donna F. Martinez, having considered the motions and the full record of the case including applicable principles of law, and having filed a Recommended Ruling denying the Plaintiff's Motion for Summary Judgment and granting defendants' Motion for Summary Judgment and the court having Accepted the Recommended Ruling over objection, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 6th day of October, 2006.

KEVIN F. ROWE, Clerk

By      /s/lik     
Linda I. Kunofsky
Deputy in Charge