UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY A. KATZ and,<br>KENNETH M. RAFTERY,<br>　　　　　Plaintiffs,<br>vs.<br><br>THE SEPARATION PAY PLAN OF<br>TEXACO, INC. and TEXACO INC.<br><br>　　　　　Defendant. | CASE NO. 3: 02CV02201(AWT)<br><br><br><br><br><br><br>December 8, 2006 |

**DEFENDANT'S MOTION TO EXTEND TIME TO
RESPOND TO PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, Defendants, The Separation Pay Plan of Texaco Inc. and Texaco Inc. ("Defendants"), respectfully request that the time to respond to Plaintiff's Motion Pursuant to F.R.C.P. 54(b), be extended 3 days from December 8, 2006 to December 13, 2006.

In support of this Motion, Defendants submit:

1.　　This Motion has been discussed with Opposing Counsel and they have no objection to the requested extension of time.

2.　　Additional time is required because the parties are engaging in discussions regarding a potential agreed upon resolution of the issues raised in this motion.

3.　　This is Defendants' first motion to extend the time with respect to this time limitation.

**WHEREFORE**, Defendants respectfully request that this Motion to extend time be granted.

Respectfully submitted,

JACKSON LEWIS LLP

By: /s/ Conrad S. Kee
    Conrad S. Kee (Ct 16904)
    177 Broad Street
    P.O. Box 251
    Stamford, Connecticut 06904-0251
    Tel: (203) 961-0404
    Fax: (203) 324-4704
    E-mail: Keec@jacksonlewis.com

    ATTORNEYS FOR DEFENDANTS
    THE SEPARATION PAY PLAN OF
    TEXACO INC. AND TEXACO INC.

## CERTIFICATION

I hereby certify that on this date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing as indicated below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Conrad S. Kee
Conrad S. Kee