UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY A. KATZ and, <br> KENNETH M. RAFTERY, <br>           Plaintiffs, <br><br> vs. <br><br> THE SEPARATION PAY PLAN OF <br> TEXACO, INC. and TEXACO INC. <br><br>           Defendant. | CASE NO. 3: 02CV02201(AWT) <br><br><br><br><br><br> December 14, 2006 |

### APPEARANCE OF TAL A. KADAR

Please enter my appearance as attorney for Defendants, The Separation Pay Plan of Texaco Inc., and Texaco Inc.

By: _/s/ Tal Kadar_
Tal A. Kadar (CT26723)
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, Connecticut 06904-0251
(203) 961-0404 (Telephone)
(203) 324-4704 (Facsimile)
E-mail: kadart@jacksonlewis.com

## CERTIFICATION OF SERVICE

      I hereby certify that on this date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing as indicated below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Tal A. Kadar