UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY A. KATZ and, <br> KENNETH M. RAFTERY, <br>               Plaintiffs, <br> vs. <br><br> THE SEPARATION PAY PLAN OF <br> TEXACO, INC. and TEXACO INC. <br><br>               Defendant. | CASE NO. 3: 02CV02201(AWT) <br><br><br><br><br><br><br> December 20, 2006 |

## DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' RENEWED MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, Defendants, The Separation Pay Plan of Texaco Inc. and Texaco Inc. ("Defendants"), respectfully request that the time to respond to Plaintiff's Renewed Motion for Summary Judgment (Doc. no. 82), be extended from December 27, 2006 to January 10, 2007.

In support of this Motion, Defendants submit:

1. This Motion has been discussed with Opposing Counsel and they have no objection to the requested extension of time.

2. Despite diligent attempts to meet this deadline, counsel needs additional time to prepare its response because of its obligations in other cases and because the Christmas holiday falls two days before the original deadline.

3. This is Defendants' first motion to extend the time with respect to this time limitation.

**WHEREFORE**, Defendants respectfully request that this Motion to extend time be granted.

Respectfully submitted,

JACKSON LEWIS LLP

By: /s/ Tal Kadar
Conrad S. Kee (CT 16904)
Tal A. Kadar (CT26723)
177 Broad Street
P.O. Box 251
Stamford, Connecticut 06904-0251
Tel: (203) 961-0404
Fax: (203) 324-4704
E-mail: Keec@jacksonlewis.com
E-mail: kadart@jacksonlewis.com

ATTORNEYS FOR DEFENDANTS
THE SEPARATION PAY PLAN OF TEXACO INC. AND TEXACO INC.

**CERTIFICATION**

I hereby certify that on this date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing as indicated below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Tal Kadar
Tal A. Kadar