UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY A. KATZ, and<br>KENNETH M. RAFTERY                :<br>                                        :<br>     v.                                 :     CASE NO. 3:02CV2201 (AWT)<br>                                        :<br>SEPARATION PAY PLAN OF TEXACO,          :<br>INC., and TEXACO, INC. | |

## JUDGMENT

This action having come on for consideration of the plaintiffs' renewed motion for summary judgment also addressing subject matter jurisdiction before the Honorable Alvin W. Thompson, United States District Judge and,

The court having considered the full record of the case including applicable principles of law, and having filed its order granting the motion, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiffs Larry A. Katz, and Kenneth M. Raftery with respect to the defendant's counterclaim seeking a declaratory judgment that plaintiffs' claims are frivolous.

Dated at Hartford, Connecticut, this 23rd day of May, 2007.

KEVIN F. ROWE, Clerk

By   /s/  SLS
     Sandra Smith
     Deputy Clerk