UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
LARRY A. KATZ, and            :
KENNETH M. RAFTERY
                              :

   v.                         :    CASE NO. 3:02CV2201 (AWT)

SEPARATION PAY PLAN OF TEXACO,:
INC., and TEXACO, INC.
```

## AMENDED JUDGMENT

This action came on for consideration of cross motions for summary judgment before the Honorable Donna F. Martinez, United States Magistrate Judge, and the Honorable Alvin W. Thompson, United States District Judge.

The Honorable Donna F. Martinez considered the full record of the case including applicable principles of law, and filed a recommended ruling granting the defendants' motion for summary judgment, and denying without prejudice the plaintiffs' motion for summary judgment. The court accepted the recommended ruling over objection.

The plaintiffs filed a renewed motion for summary judgment also addressing subject matter jurisdiction, which was considered by Judge Thompson, who entered an order granting the renewed motion.

-2-

    Accordingly, it is therefore ORDERED, ADJUDGED and DECREED that: 1) judgment is hereby entered in favor of the defendants with regard to the plaintiffs' claims in count one of the complaint; and 2) judgment is hereby entered in favor of the plaintiffs with respect to the defendants' counterclaim seeking a declaratory judgment that plaintiffs' claims are frivolous.

    Dated at Hartford, Connecticut, this 7th day of June, 2007.

                                KEVIN F. ROWE, Clerk


                        By    /s/ SLS
                             Sandra Smith
                             Deputy Clerk