**EXHIBIT A**

(3) **Benefit Plans Make-Up Payment.** The Benefit Plans Make-Up Payment is equal to the sum of (a), (b), and (c), as follows:

    (a) **The Retirement Plan:** 10% of the sum of your Base Pay Benefit and your Bonus & Overtime Benefit; plus

    (b) **The Thrift Plan:** 6% of your Base Pay Benefit; plus

    (c) **Medical:** The value of the company's contributions to the Texaco Comprehensive Medical Plan (or alternate company-sponsored medical plan or HMO) for your elected coverage option either immediately preceding the Change of Control or your termination or qualifying resignation, whichever is greater, multiplied by the same number of months used to calculate your Base Pay Benefit; plus

(4) **Expenses & Fees Reimbursement.** Reimbursement of all reasonable attorney's fees, costs and other expenses incurred by you in enforcing your rights under this plan, unless a court of competent jurisdiction determines that your cause of action is frivolous.

Plaintiffs 000225