**EXHIBIT B**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LARRY A. KATZ** | : | |
| **And KENNETH M. RAFTERY,** | : | **CIVIL ACTION NO.** |
| | : | **302 CV 02201 (AWT)** |
| **Plaintiffs,** | : | |
| | : | |
| **V.** | : | |
| | : | |
| **THE SEPARATION PAY PLAN** | : | |
| **OF TEXACO, INC.** | : | |
| **And TEXACO, INC.,** | : | |
| | : | **JUNE 25, 2007** |
| **Defendants.** | : | |

### AFFIDAVIT OF COUNSEL RE: FEES

*STATE OF CONNECTICUT*    )
                               )    *SS:*   *STAMFORD*
*COUNTY OF FAIRFIELD*    )

    *Scott R. Lucas*, being duly sworn, hereby deposes and states:

    1.    I am over the age of 18 and believe in the obligation of an oath to tell the truth.

    2.    I make the following representations based upon my personal knowledge.

    3.    In October 2001, plaintiffs Larry A. Katz and Kenneth M. Raftery consulted with, and in June of 2002 ultimately retained the services of, Martin, Lucas & Chioffi, LLP, of which I am a partner, to represent them in connection with their claims against The Separation Pay Plan of Texaco, Inc. and Texaco, Inc. I have been lead counsel for plaintiffs throughout the life of this case. (See retainer letter dated June 18, 2002 attached hereto as Exhibit 1.) Under this agreement, plaintiffs paid $32,882.51 in fees and $1,835.69 in disbursements.

    4.    In September 2003, the terms of representation were changed pursuant to the retainer letter dated September 23, 2003 attached hereto as Exhibit 2. This was as a result of

defendants' refusal to honor the ERISA plan and reimburse plaintiffs, instead using depletion of plaintiffs' assets as a means to pressure them.

5.    Attached hereto as Exhibit 3 is a "Settlement Statement" containing all time entries through June 22, 2007. They are true, accurate and complete and were compiled contemporaneously on this firm's computer time keeping program.

6.    Attached as Exhibit 4 is a "Client Fees Listing" which shows the number of hours expended by each timekeeper on this matter. This is a summary compilation of Exhibit 3 produced by our computer time keeping program.

7.    Attached hereto as Exhibit 5 is a "Settlement Statement" listing all disbursements incurred from the inception of this matter through June 22, 2007 totaling $9,794.74. It too is a summary of all disbursements incurred in this matter and is generated by this firm's time keeping program.

8.    In ¶9 below, under the column labeled "Lodestar Rate," is the current hourly rates charged by the attorneys (and 1 paralegal) who have worked on this matter. The biographies and credentials of each of the attorneys are attached as Exhibit 6. I have extensive experience in the fields of employment and commercial litigation and a listing of reported cases (excluding those with only a Westlaw citation) is attached hereto as Exhibit 7. I have litigated in numerous state and federal courts in addition to Connecticut. A summary of my background appears in my biography information in Exhibit 6.

9.    Using a lodestar method of determining fees, the totals are as follows:

|  | *Hours* | *Lodestar Rate* | *Total* |
|---|---|---|---|
| Scott R. Lucas, Esq. | 272.10 | $400.00 | $108,840.00 |
| Mary Alice S. Canaday, Esq. | 370.60 | $295.00 | $109,327.00 |
| Claire E. Ryan, Esq. | 2.00 | $275.00 | $     550.00 |
| Michel Bayonne, Esq. | 62.50 | $200.00 | $ 12,500.00 |
| John M. Reh, Esq. | .30 | $210.00 | $       63.00 |
| Bonnie K. Ford (Paralegal) | 68.80 | $150.00 | $ 10,320.00 |
|  |  | Fees: | *$241,600.00* |
|  |  | Disbursements: | $   9,794.74 |
|  |  | *Total:* | *$251,394.74* |

10.    The undersigned is not seeking the lodestar sum, only the fees incurred at the rates agreed upon with plaintiffs. Rather, that analysis is proffered for demonstrative purposes only and to support the reasonableness of the fees incurred.

Scott R. Lucas

Subscribed and sworn to before me this 25th
day of June, 2007.

Bonnie K. Ford-Wojna, Notary Public
My Commission Expires

BONNIE K. FORD-WOJNA
Notary Public-Connecticut
My Commission Expires
January 31, 2012

# **EXHIBIT 1**

# MARTIN, LUCAS & CHIOFFI, LLP

## COUNSELORS AT LAW

STAMFORD, CONNECTICUT | NEW YORK, NEW YORK

1177 Summer Street
Stamford, Connecticut 06905

Telephone: (203) 324-4200
Facsimile: (203) 324-8649

June 18, 2002

Mr. Larry Katz
48 Janes Lane
Stamford, CT 06903

Mr. Kenneth Raftery
171 Meadows End Road
Monroe, CT 06468

**Re:**    ***Texaco and Entitlement to Enhance Benefits Under FAMM Separation Pay Plan***

Dear Larry and Ken:

This letter is to confirm the terms and conditions under which this firm has accepted the engagement to serve as legal counsel for you in connection with the above.

At the commencement of our representation on this matter, we require that a $1,000 retainer be paid. This retainer will be applied to pay for legal fees and disbursements incurred in our representation on the matter. If, prior to completion of services, this firm determines that there is reasonable need to secure payment of its present or future fees or cost advances, the firm may require you to tender additional trust account retainer(s) from time to time in amounts sufficient to secure, in advance, the payment of such present or future fees or costs.

Legal fees are charged on the basis of hourly rates for the attorneys and paralegals who devote time to this matter, and fees and disbursements will be itemized to you in a monthly billing. Bills showing a balance due are due upon presentment, and bills outstanding after thirty (30) days incur a finance charge of one percent (1%) a month. You shall be responsible for payment of all costs and expenses, including our reasonable attorneys fees, which we incur in the collection of our fees and disbursements. In the event of a dispute with respect to our fees, any disagreement shall be subject to arbitration in Connecticut under the expedited rules of the American Arbitration Association.

I will have primary responsibility for this matter, and my current hourly rate is $300. From time to time it may be appropriate to have other attorneys and paralegals perform services on your

Mr. Larry Katz
Mr. Kenneth Raftery
June 18, 2002
Page 2

behalf in this matter.  Hourly rates for attorneys and paralegals in the firm vary from $100 to $320.
Hourly rates are subject to review and adjustment from time to time, without notice. No changes are
in contemplation at the present time.

      If the foregoing is acceptable, please sign this letter below and return it to me, along with
your retainer check.  I look forward to working with you.

                              Sincerely yours,

                              ***MARTIN, LUCAS & CHIOFFI, LLP***

                          By_____
                             Scott R. Lucas

SRL:bkf

**AGREED AND ACCEPTED:**

_____    Dated:\_\_\_\_8/5\_\_\_\_, 2002
Larry Katz

_____    Dated:\_\_\_\_8/5\_\_\_\_, 2002
Kenneth Raftery

# EXHIBIT 2

# Martin, Lucas & Chioffi, LLP

### COUNSELORS AT LAW

STAMFORD, CONNECTICUT | NEW YORK, NEW YORK

177 Broad Street
Stamford, Connecticut 06901

September 23, 2003

Telephone: 203 973.5200
Facsimile: 203 973.5250

www.mlc-law.com

Mr. Larry Katz
48 Janes Lane
Stamford, CT 06903

Mr. Kenneth Raftery
171 Meadows End Road
Monroe, CT 06468

> **Re:**   ***Katz, et al. v. The Separation Pay Plan of Texaco, Inc., et al.***
> ***Civil Action No. 302 CV 02201 (AWT)***

Dear Larry and Ken:

This letter is to confirm the renegotiated terms and conditions under which this firm has accepted to represent you in connection with the above-referenced federal court action. This renegotiation was necessitated by defendant's failure to reimburse you for fees and expenses paid in accordance with the terms of the Severance Pay Plan. Accordingly, while this firm will continue to bill you on an hourly basis each month, payment and terms will be modified as set forth below. Please review these revised terms carefully to be sure they reflect our new agreement, then sign and return this letter to me.

Upon our receipt of a countersigned copy of this letter by you, the terms and conditions stated herein will be retroactive to August 1, 2003 and will supersede our prior agreement of June 18, 2002. Also at the time of our receipt of the countersigned letter, our fees and expenses for work performed for the months of June and July 2003 will be reduced to $10,802.15 (i.e., $10,000 in fees and $802.15 in expenses), with $4,527.50 in fees being written off.

You have agreed to the following regarding fees and disbursements incurred in our representation of you. The fee agreements set forth herein applies to our representation of you through initial trial. In the event that there are post-trial proceedings or an appeal, an additional fee agreement must be negotiated for such work.

Legal fees are charged on the basis of hourly rates for the attorneys and paralegals who devote time to this matter, and fees and disbursements will be itemized to you in a monthly billing. During our representation of you, you agree to pay to us all of our out-of-pocket expenses incurred in the course of representation, regardless of the outcome of the case. These expenses may include

MARTIN, LUCAS & CHIOFFI, LLP

Mr. Larry Katz
Mr. Kenneth Raftery
September 23, 2003
Page 2

but not be limited to all entry fees, record fees, expert fees, private investigations, photographs, deposition costs, telephone toll charges, facsimile, photocopying and travel expenses. Bills showing a balance due are due upon presentment, and bills outstanding after thirty (30) days incur a finance charge of one percent (1%) a month. You shall be responsible for payment of all costs and expenses, including our reasonable attorneys' fees, which we incur in the collection of our fees and disbursements. In the event of a dispute with respect to our fees, any disagreement shall be subject to arbitration under the expedited rules of the American Arbitration Association.

I will have primary responsibility for this matter, and we have agreed that charges will accrue at my current hourly rate of $325. Associate rates will be $185 per hour or $155 per hour depending upon the experience of the associate involved. Payment need no longer be made on a monthly basis (except for expenses as detailed in the prior paragraph). Instead, payment will be made as follows:

*In The Event Of Settlement:* In the event the case is resolved short of a judgment, this firm will receive 31.6% of the gross settlement amount, unless a separate sum is allocated to be paid by defendants for attorneys' fees accrued, in which case this firm will receive the **greater** of 31.6% of the gross settlement amount or the amount so allocated for fees. Credit will be given for fees paid to date which will be subtracted from the amount due. Excess fees billed and due and owing, if any, will be written off in the event payment is received in accordance with the foregoing. By way of example: If your total settlement was $600,000 with an additional sum of $100,000 designated as fees, my payment would be 31.6% of $700,000 (less credit for fees paid) as it is greater than the $100,000, with the remaining 68.4% of the $700,000 payable to you. If the settlement was $600,000 with another $300,000 payable as fees, I would receive the $300,000 (less credit for fees paid), and you receive the $600,000.

*In The Event Of Judgment:* In the event the case is resolved by way of judgment, this firm will receive the **greater** of the 33-1/3% of your award or the total of the hourly billings ordered by the court to be reimbursed by one or more defendant. Credit and/or reimbursement will be given for fees paid to date in the same proportion or formula those paid fees are awarded by the court and received from defendants. Using the above example, a decision for you in the amount of $600,000 and $100,000 for fee reimbursement means I receive 33-1/3% of the award (i.e., $200,000), but that $100,000 would go to you for past fees paid and partial reimbursement. In the second example, where the judge awards an additional $300,000 for my fees, I would receive the $300,000 as it is greater than $200,000. Out of pocket expenses paid by you will be reimbursed if ordered by the court and received from defendants.

MARTIN, LUCAS & CHIOFFI, LLP

Mr. Larry Katz
Mr. Kenneth Raftery
September 23, 2003
Page 3


You agree to cooperate in obtaining a court determination of fees due from defendants should they refuse payment of such fees and we deem it advisable to obtain such a ruling. In the unlikely event we lose our case so that you receive nothing *and* the court finds no fees are due from defendants, you shall owe nothing.

For the purposes of this agreement, the "gross settlement amount" means the total sum of all awards or settlements, including but not limited to back pay, front pay, employee benefits, fees, compensatory damages, punitive or exemplary damages and interest.

In the event that you decide to withdraw your complaint at any time during our representation of you for any reason other than settlement or with our consent, attorneys' fees shall be due as billed based upon the foregoing hourly rates.

If the foregoing terms are acceptable to you, please sign where indicated below and return it to me.

Sincerely yours,
MARTIN, LUCAS & CHIOFFI, LLP

By_____
Scott R. Lucas

SRL:bkf
Enclosure

*ACCEPTED AND AGREED:*

_____       Dated: ____9/28____, 2003
Larry Katz

_____       Dated: _____, 2003
Kenneth Raftery

MARTIN, LUCAS & CHIOFFI, LLP

Mr. Larry Katz
Mr. Kenneth Raftery
September 23, 2003
Page 3

You agree to cooperate in obtaining a court determination of fees due from defendants should they refuse payment of such fees and we deem it advisable to obtain such a ruling. In the unlikely event we lose our case so that you receive nothing *and* the court finds no fees are due from defendants, you shall owe nothing.

For the purposes of this agreement, the "gross settlement amount" means the total sum of all awards or settlements, including but not limited to back pay, front pay, employee benefits, fees, compensatory damages, punitive or exemplary damages and interest.

In the event that you decide to withdraw your complaint at any time during our representation of you for any reason other than settlement or with our consent, attorneys' fees shall be due as billed based upon the foregoing hourly rates.

If the foregoing terms are acceptable to you, please sign where indicated below and return it to me.

Sincerely yours,
MARTIN, LUCAS & CHIOFFI, LLP

By _____
Scott R. Lucas

SRL:bkf
Enclosure

*ACCEPTED AND AGREED:*

_____          Dated: _____, 2003
Larry Katz

_____          Dated: __9/25__, 2003
Kenneth Raftery

# **EXHIBIT 3**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LARRY A. KATZ** | : | |
| **And KENNETH M. RAFTERY,** | : | **CIVIL ACTION NO.** |
| | : | **302 CV 02201 (AWT)** |
| **Plaintiffs,** | : | |
| | : | |
| **V.** | : | |
| | : | |
| **THE SEPARATION PAY PLAN** | : | |
| **OF TEXACO, INC.** | : | |
| **And TEXACO, INC.,** | : | |
| | : | **JUNE 25, 2007** |
| **Defendants.** | : | |

## NOTICE OF MANUAL FILING

Please take notice that plaintiffs Larry A. Katz and Kenneth M. Raftery have manually filed the following documents or things:

(1)     Exhibit B(3) to their Motion for Attorneys' Fees and Costs dated June 25, 2007.

This document has not been filed electronically because it cannot be converted to an electronic format because of their length, as well as the fact it is being filed in connection with a Motion to Seal pursuant to Local Rule 5(d).

This document has been manually served on all parties.

By _____
Scott R. Lucas (ct00517)
Mary Alice S. Canaday (ct17608)
*Attorneys for Plaintiffs*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com

### ***CERTIFICATE OF SERVICE***

This is to certify that on this 25th day of June, 2007, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties, as listed below, by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

Conrad S. Kee, Esq.
Alison Jacobs Wice, Esq.
Jackson Lewis LLP
177 Broad Street, P.O. Box 251
Stamford, CT 06904
Phone: (203) 961-0404
Fax: (203) 324-4704
KeeC@JacksonLewis.com
wicea@jacksonlewis.com

Jennifer B. Courtian, Esq.
Jackson Lewis LLP
59 Maiden Lane
New York, NY 10038-4502
Phone: (212) 545-4000
Fax: (212) 972-3213
courtiaj@jacksonlewis.com

Scott R. Lucas (ct00517)
Martin Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT 06902
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com

**EXHIBIT 4**

| Date | Fee / Time | Working Lawyer | Hours | Amount | Inv# | Billing |
|------|------------|----------------|-------|--------|------|---------|
|      | Entry# Explanation |         |       |        |      | Status  |

### *** Summary by Working Lawyer ***

| Working Lawyer | | Hours | | | | | Fees | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Unbilled | Firm % | Billed | Firm % | Total | % Bld | Unbilled | Firm % | Billed | Firm % | Total | % Bld |
| 02 - Scott R. | 200.10 | 33.35 | 72.00 | 40.85 | 272.10 | 26.46 | 65032.50 | 48.69 | 20159.75 | 61.30 | 85192.25 | 23.66 |
| 09 - Mary Ali | 331.10 | 55.18 | 39.50 | 22.41 | 370.60 | 10.66 | 61253.50 | 45.86 | 4347.32 | 13.22 | 65600.82 | 6.63 |
| 16 - Michel B | 3.70 | 0.62 | 58.80 | 33.36 | 62.50 | 94.08 | 573.50 | 0.43 | 7786.10 | 23.67 | 8359.60 | 93.14 |
| 23 - Claire E | 2.00 | 0.33 | 0.00 | 0.00 | 2.00 | 0.00 | 370.00 | 0.28 | 0.00 | 0.00 | 370.00 | 0.00 |
| 28 - John M. | 0.30 | 0.05 | 0.00 | 0.00 | 0.30 | 0.00 | 46.50 | 0.03 | 0.00 | 0.00 | 46.50 | 0.00 |
| 12 - Bonnie K | 62.85 | 10.47 | 5.95 | 3.38 | 68.80 | 8.65 | 6285.00 | 4.71 | 595.00 | 1.81 | 6880.00 | 8.65 |
| Firm Total | 600.05 | 100.00 | 176.25 | 100.00 | 776.30 | 22.70 | 133561.00 | 100.00 | 32888.17 | 100.00 | 166449.17 | 19.76 |

### *** Summary by Responsible Lawyer ***

| Responsible Lawyer | | Hours | | | | | Fees | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Unbilled | Firm % | Billed | Firm % | Total | % Bld | Unbilled | Firm % | Billed | Firm % | Total | % Bld |
| 02 - Scott R. | 600.05 | 100.00 | 176.25 | 100.00 | 776.30 | 22.70 | 133561.00 | 100.00 | 32888.17 | 100.00 | 166449.17 | 19.76 |
| Firm Total | 600.05 | 100.00 | 176.25 | 100.00 | 776.30 | 22.70 | 133561.00 | 100.00 | 32888.17 | 100.00 | 166449.17 | 19.76 |

REPORT SELECTIONS

| | | | |
|---|---|---|---|
| Report: | Client Fees Listing | | |
| Layout Template: | All | | |
| Requested by: | Bonnie Ford-Wojna | | |
| Finished: | Monday, June 25, 2007 at 11:33:34 AM | | |
| Date Range: | ALL DATES | | |
| Matters: | All | | |
| Clients: | 993 | | |
| Major Clients: | All | Matter balances only: | Yes |
| Responsible Lawyer: | All | Firm Totals Only: | Yes |
| Client Intro Lawyer: | All | Entries Shown - Billed Only: | Yes |
| Matter Intro Lawyer: | All | Entries Shown - Unbilled: | Yes |
| Assigned Lawyer: | All | Entries Shown - Billable Tasks: | Yes |
| Type of Law: | All | Entries Shown - Non Billable Tasks: | Yes |
| Matters Sort By:: | Default | New Page for Each Lawyer: | No |
| Select From: | Active, Inactive Matters | Client balances only: | No |
| Ver: | 7.21c | Working Lawyer: | All |

**EXHIBIT 5**

# *Martin, Lucas & Chioffi, LLP*

177 Broad Street
Stamford, Connecticut 06901

Ph:(203) 973-5200          Fax:(203) 973-5250

Larry Katz                                                                    June 25, 2007

48 Janes Lane
Stamford, CT
06903

|              |          |
|--------------|----------|
| File #:      | 993001   |

**Attention:**                                              Inv #:          Settle

**RE:**      Katz and Raftery v. The Separation Pay Plan of Texaco, Inc., et al.

## DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|
| Jun-28-02 | Photocopies (June '02) | 18.75 |
|           | Postage (June '02) | 5.04 |
| Jul-16-02 | Federal Express Charges | 7.88 |
|           | Federal Express Charges | -7.88 |
|           | Federal Express Charges | -7.88 |
|           | Federal Express Charges | -7.88 |
| Oct-31-02 | Westlaw Research (9/30/02 - 10/29/02) | 84.44 |
| Nov-04-02 | Write off duplicate (negative) FedEx charges | 23.64 |
| Nov-30-02 | Postage (Nov. '02) | 1.48 |
| Dec-12-02 | Complaint Filing Fee - Katz, et al. v. Texaco, et al. | 150.00 |
| Dec-23-02 | Marshal's fee for serving Complaint | 181.00 |
| Dec-31-02 | Westlaw Research (12/1/02 -- 12/31/02) | 149.00 |
|           | Postage (Dec. '02) | 0.83 |
| Jan-22-03 | Federal Express Charges | 15.10 |
| Feb-07-03 | Federal Express charges | 10.10 |
| Feb-28-03 | Westlaw research (Feb. 1 - Feb. 28, 2003) | 162.99 |
|           | Postage (Feb. '03) | 3.23 |
| Mar-24-03 | Federal Express Charges | 5.10 |
| Mar-31-03 | Westlaw Research (March 1-31, 2003) | 191.02 |
| May-30-03 | Photocopies (May '03) | 39.75 |
|           | Postage (May '03) | 7.83 |
| Jun-30-03 | Westlaw Research (May 29-June 29, 2003) (discounted from $537.12) | 300.00 |
| Jul-31-03 | Postage (July '03) | 5.85 |
|           | Photocopies (July '03) | 96.30 |
|           | Westlaw Research (June 30 - July 30, 2003) (charge reduced from $623.86) | 400.00 |

| | | |
|---|---|---:|
| Aug-31-03 | Westlaw research (July 31 - August 31, 2003) | 25.47 |
| | Postage (Aug. '03) | 2.72 |
| Sep-30-03 | Postage (Sept. '03) | 4.69 |
| | Photocopies (Sept. '03) | 54.00 |
| | Westlaw research (Sept. 1 - Sept. 29, 2003) | 253.72 |
| Oct-21-03 | Federal Express charges for October, 2003 | 7.88 |
| Oct-29-03 | Subpoena witness fee | 49.25 |
| | Subpoena witness fee | 49.25 |
| | Service of Subpoenas (Bandy & Swanson) | 125.00 |
| Oct-31-03 | Postage (Oct. '03) | 7.19 |
| | Photocopies (Oct. '03) | 11.70 |
| | Westlaw Research (Sept. 30 - Oct. 27, 2003) | 48.16 |
| Nov-30-03 | Westlaw Research (Oct. 28 - Nov. 30, 2003) | 213.03 |
| | Postage (Nov. '03) | 2.58 |
| | Photocopies (Nov. '03) | 7.50 |
| Dec-22-03 | Federal Express Charges for December, 2003 | 11.10 |
| Dec-31-03 | Westlaw Research (Dec. 1 - Dec. 31, 2003) | 60.67 |
| Jan-12-04 | Jeffery deposition | 308.86 |
| Feb-29-04 | Westlaw Research (Feb. 1-29, 2004) | 8.97 |
| | Photocopies (Feb. '04) | 10.20 |
| | Postage (Feb. '04) | 2.12 |
| | Meade Deposition Transcipt | 494.75 |
| Mar-31-04 | Federal Express charges for February, 2004 | 5.15 |
| | Round Trip Air Travel to Houston, Texas, March 30, 2004 | 1,139.90 |
| | Travel to NJ for Meade deposition, 2/5/04 | 63.43 |
| Apr-19-04 | Meals, 4/1/04 | 11.64 |
| | Texas - cabs, 4/2/04 | 95.00 |
| Apr-26-04 | Trip to Houston, Texas: Meals, Hotel & Parking Charges | 1,024.38 |
| Apr-28-04 | Fee for Deposition transcripts for J. Goldsby, M. Bandy, C. Sellers and M. Swanson. | 1,158.75 |
| Apr-30-04 | Photocopies (April '04) | 22.50 |
| | Westlaw Research (March 31 - April 30, 2004) | 9.47 |
| | Travel to White Plains on 4/28/04 | 11.50 |
| May-11-04 | Lynch Deposition Transcript | 199.80 |
| May-19-04 | Long Distance Telephone Charges for April, 2004. | 53.05 |
| May-25-04 | Fee for transcript of L. Katz deposition. | 273.37 |
| May-31-04 | Westlaw Research (May 1 - May 31, 1004) | 187.38 |
| | Postage (May '04) | 5.62 |
| | Photocopies (May '04) | 9.30 |
| Jun-14-04 | Fee for transcript of K. Raferty deposition. | 278.50 |
| Jun-30-04 | Federal Express charges for May, 2004 | 5.66 |
| | Westlaw Research (June 1 - June 30, 2004) | 143.34 |
| | Photocopies (June '04) | 238.80 |
| Jul-27-04 | Federal Express Charges for July, 2004 | 19.26 |
| Jul-31-04 | Photocopies (July '04) | 52.95 |

|  |  |  |
|---|---|---:|
|  | Westlaw Research (July 1-31, 2004) | 62.89 |
| Aug-31-04 | Postage (Aug. '04) | 8.52 |
|  | Photocopies (Aug. '04) | 42.90 |
|  | Westlaw Research (Aug. 1 - Aug. 31, '04) | 44.05 |
| Sep-22-04 | Federal Express delivery charges for September 2004 | 16.66 |
| Jan-25-05 | To reimburse client for unused witness fee | -49.25 |
|  | To reimburse client for unused witness fee | -49.25 |
| Sep-30-06 | Westlaw Research (Aug. 31 - Sept. 30, 2006) | 89.33 |
| Oct-31-06 | Westlaw Research (Oct. 1-30, 2006) | 60.14 |
| Nov-30-06 | Westlaw Research (Oct. 31 - Nov. 30, 2006) | 316.46 |
| Dec-27-06 | Federal Express Charges | 5.94 |
| Dec-31-06 | Westlaw Research (Dec. 1-31, 2006) | 68.33 |
| Jan-31-07 | Westlaw Research (Jan. 1-30, 2007) | 73.08 |
| Feb-14-07 | Federal Express Package | 6.01 |
| May-31-07 | Westlaw Research (May 1-30, 2007) | 40.68 |
| Jun-19-07 | Appeal Filing Fee | 455.00 |
|  |  | ———— |
|  | Totals | $9,794.74 |

**EXHIBIT 6**

LexisNexis·
Martindale-Hubbell·
martindale.com

**Logon**

New Search    Search Results    Next Listing

Lawyer Locator
Basic Search
Advanced Search
Browse Law Firms
Browse Lawyers

Legal Articles

Peer Review Ratings

Dispute Resolution

Legal Personnel

Legal Careers

Professional Resources

Practice Development

News & Events

Customer Service

Experts & Services

More resources...
Attorney directory from
Lawyers.com
Counsel to Counsel Forums
eAttorney
LexisNexis®
lexisONE® for Small Firms

Lawyer Locator > Search Results > Profile

🖨 Print    ✉ Email    🌐 Search Web

## Private Practice Lawyer Profile for Scott R. Lucas

**Scott R. Lucas**
Partner
Martin, Lucas & Chioffi, LLP
177 Broad Street
Stamford, Connecticut 06901
(Fairfield Co.)

Telephone: 203-973-5200
Fax: 203-973-5250
Email: Send an Email

AV Peer Review Rated

**Practice Areas:** Commercial Litigation; Employment Litigation; Civil Litigation

**Admitted:** 1985, Connecticut; 1986, U.S. District Court, District of Connecticut; 1987, U.S. District Court, Southern and Eastern Districts of New York; 1989, U.S. Court of Appeals, Second Circuit; 1998, U.S. District Court, District of Colorado; 1999, U.S. Court of Appeals, Tenth Circuit

**Law School:** Albany Law School of Union University, J.D., cum laude, 1985

**College:** Rensselaer Polytechnic Institute, B.S., 1982

**Member:** Fairfield County, Connecticut and American Bar Associations; American Trial Lawyers Association; Connecticut Trial Lawyers Association; National Employment Lawyers Association; Connecticut Employment Lawyers Association.

**Biography:** The Justinian Society. Managing Editor, Albany Law Review, 1984-1985. Co-Author: "After Acquired Evidence in Employment Litigation," 2 Labor and Employment Law Quarterly 1 (Spring 1995); "Unresolved Issues In The Development of Connecticut Employment Contract Law," 64 Connecticut Bar Journal 297 (1990). Author: "Monopolization and the Protection of Innovation: The Call for an Intent Standard," 48 Albany Law Review 982, 1984. Speaker: "Representing Plaintiffs in Conservative Times," National Employment Lawyers Association, Regional Conference, 2003; "Preliminary Issues in Employment Litigation," ABA Section of Labor & Employment Law, 2001; "Handling the Difficult Judge," NELA New England Regional Conference, 1999; "Plaintiff's Discovery in Employment Cases," Stamford/Norwalk Regional Bar Association, 1995.

**Born:** Norwalk, Connecticut, 1960

**ISLN:** 905331193

**Web Site:** http://www.mlc-law.com

LexisNexis Analyzer

New Search    Search Results    Next Listing

▲Top

LawyerLocator.co.uk | Anwalt24.de | martindale.co.il | martindale.jp | findalawyer.cn

Home | Contact Us | About Us | Site Info | Products | Services | Media Room

Copyright | Terms & Conditions | Privacy Policy

**LexisNexis**
Martindale-Hubbell

martindale.com

Lawyer Locator > Profile

New Search

🖶 Print    ✉ Email    🌐 Search Web

**Private Practice Lawyer Profile for Claire E. Ryan**

Lawyer Locator
  Basic Search
  Advanced Search
  Browse Law Firms
  Browse Lawyers

Legal Articles

Peer Review Ratings

Dispute Resolution

Legal Personnel

Legal Careers

Professional Resources

Practice Development

News & Events

Customer Service

Experts & Services

**Claire E. Ryan**
Associate
Martin, Lucas & Chioffi, LLP
177 Broad Street
Stamford, Connecticut 06901
(Fairfield Co.)

Telephone: 203-973-5200
Fax: 203-973-5250
Email: Send an Email

**Practice Areas:** Commercial Litigation; Employment Litigation; Civil Litigation

**Admitted:** 1999, Connecticut; 2000, New York; 2001, District of Columbia

**Law School:** American University, J.D., cum laude, 1999

**College:** Kenyon College, B.A., cum laude, 1992

**Biography:** Articles Editor, American University Journal of Gender, Social Policy & the Law, 1998-1999.

**Born:** New Rochelle, New York, May 29, 1970

**ISLN:** 914171452

**Web Site:** http://www.mlc-law.com

LexisNexis Analyzer

New Search


Featured Peer
Review Rated


This firm has Group
Profile(s) published
on martindale.com


This attorney or firm
has articles published
on martindale.com

📙 This firm has a
Diversity Profile
published on
martindale.com

⚜ This attorney has a
Premier Partner
Profile published
on martindale.com

▲Top

LawyerLocator.co.uk | Anwalt24.de | martindale.co.il | martindale.jp | findalawyer.cn

Home | Contact Us | About Us | Site Info | Products | Services | Media Room

Copyright | Terms & Conditions | Privacy Policy

**More resources...**
Attorney directory from
*Lawyers.com*
Counsel to Counsel Forums
eAttorney
LexisNexis®
lexisONE® for Small Firms

**LexisNexis**
Martindale-Hubbell

martindale.com

Lawyer Locator > Profile

New Search

**Logon**

Lawyer Locator
Basic Search
Advanced Search
Browse Law Firms
Browse Lawyers

Legal Articles

Peer Review Ratings

Dispute Resolution

Legal Personnel

Legal Careers

Professional Resources

Practice Development

News & Events

Customer Service

Experts & Services

🖨 Print    ✉ Email    🌐 Search Web

### Private Practice Lawyer Profile for Mary Alice S. Canaday

**Mary Alice S. Canaday**
Associate
Martin, Lucas & Chioffi, LLP
177 Broad Street
Stamford, Connecticut 06901
(Fairfield Co.)

Telephone: 203-973-5200
Fax: 203-973-5250

**Practice Areas:** Commercial; Employment; Civil Litigation

**Admitted:** 1994, Connecticut, New York, U.S. District Court, Southern and Eastern Districts of New York and U.S. Court of Appeals for the Federal Circuit; 1997, U.S. District Court, District of Connecticut

**Law School:** Pace University, J.D., cum laude, 1994

**College:** Denison University, B.A., 1987

**Biography:** Ranking Scholar, 1992-1993. Law Clerk for U.S. Magistrate Judge Mark D. Fox in the Southern District of New York (1995-1997).

**Born:** Stamford, Connecticut, May 7, 1965

**ISLN:** 910654300

**Web Site:** http://www.mlc-law.com

LexisNexis Analyzer

New Search

⬆Top

LawyerLocator.co.uk | Anwalt24.de | martindale.co.il | martindale.jp | findalawyer.cn

Home | Contact Us | About Us | Site Info | Products | Services | Media Room

Copyright | Terms & Conditions | Privacy Policy

**Legend**

✓ Featured Peer Review Rated

🌐 This firm has Group Profile(s) published on martindale.com

📰 This attorney or firm has articles published on martindale.com

📋 This firm has a Diversity Profile published on martindale.com

⚜ This attorney has a Premier Partner Profile published on martindale.com

**More resources...**
Attorney directory from Lawyers.com
Counsel to Counsel Forums
eAttorney
LexisNexis®
lexisONE® for Small Firms

LexisNexis·
Martindale-Hubbell·

martindale.com

Logon

**Lawyer Locator**
Basic Search
Advanced Search
Browse Law Firms
Browse Lawyers

Legal Articles

Peer Review Ratings

Dispute Resolution

Legal Personnel

Legal Careers

Professional Resources

Practice Development

News & Events

Customer Service

Experts & Services

Lawyer Locator > Profile

*(Former Employee)*

New Search

🖶 Print   ✉ Email   🌐 Search Web

### Private Practice Lawyer Profile for Michel Bayonne

**Michel Bayonne**
Associate
Dreier LLP
One Landmark Square, 20th Floor
Stamford, Connecticut 06901
(Fairfield Co.)

Telephone: 203-425-9500
Fax: 203-425-9595
Email: Send an Email

**Practice Areas:** Labor and Employment

**Admitted:** 2002, Connecticut; 2003, U.S. District Court, District of Connecticut

**Law School:** University of Connecticut School of Law, J.D., 2001

**College:** Fairfield University, B.A., 1998

**Born:** Port-Au-Prince, Haiti, July 13, 1976

**ISLN:** 915923081

**Web Site:** http://www.dreierllp.com

LexisNexis Analyzer

New Search

**Legend**


**Featured Peer Review Rated**


**This firm has Group Profile(s) published on martindale.com**


**This attorney or firm has articles published on martindale.com**


**This firm has a Diversity Profile published on martindale.com**

**This attorney has a Premier Partner Profile published on martindale.com**

▲Top

LawyerLocator.co.uk | Anwalt24.de | martindale.co.il | martindale.jp | findalawyer.cn

Home | Contact Us | About Us | Site Info | Products | Services | Media Room

Copyright | Terms & Conditions | Privacy Policy

**More resources...**
Attorney directory from
*Lawyers.com*
Counsel to Counsel Forums
eAttorney
LexisNexis®
lexisONE® for Small Firms

*(former Employee)*

## John M. Reh

John M. Reh is an associate in our Litigation Group.  He practices in the areas of civil litigation, employment law and commercial litigation.

Education:
> St. John's University School of Law, Jamaica, NY, 2001
> New York International Law Review - Senior Staff
> Member 1999-2001
>
> Fairfield University, Fairfield, CT 1997
> B.A., English, June 1997
> Minor, Psychology
> Dean's List 1996-1997

Admitted:
> Connecticut, November 2001
> New York, November 2001

Past Positions:
> Operation Enduring Freedom, Afghanistan
> United States Marine Corps, North Carolina
> McGovern and Associates, Greenwich, CT
> Fairfield County Superior Court, Bridgeport, CT

Awards:
> Defense Meritorious Service Medal; Navy and Marine Corps Achievement Medal; National Defense Service Medal; Global War on Terrorism Service Medal; Navy Unit Citation;  Sea Service Deployment Medal; Afghanistan Campaign Medal; Certificate of Commendation; Letters of Appreciation.

Affiliations:
> American Bar Association
> Connecticut Bar Association
> New York State Bar Association

Contact Info:
> Phone: (203) 973-5264
> E-mail: jreh@mlc-law.com

**EXHIBIT 7**

### *Scott R. Lucas*

Reported Cases (not including those reported exclusively in the Connecticut Law Reporter or on Westlaw database):

1.  Mody v. General Elec. Co., Slip copy, 2006 WL 1168051 (D.Conn., Apr. 26,  2006).

2.  Kanios v. UST, Inc., Slip copy, 2005 WL 3579161 (D.Conn. Dec. 30, 2005).

3.  Blumenschine v. Professional Media Group LLC, 96 Fair Empl. Prac. Cas. (BNA) 1814 (D.Conn., Nov. 9, 2005).

4.  Culkin v. Pitney Bowes, Inc., 225 F.D.R. 69 (D.Conn., Dec. 6, 2004).

5.  Shaw v. Greenwich Anesthesiology Assocs., P.C., 200 F.Supp.2d 110 (D.Conn. Mar. 21, 2002).

6.  Shaw v. Greenwich Anesthesiology Associates, P.C., 137 F.Supp.2d 48, 85 Fair Empl. Prac. Cas. (BNA) 937, 11 A.D.Cases 1354, 20 NDLR P 202 (D.Conn., Apr. 05, 2001).

7.  Vachula v. General Elec. Capital Corp., 199 F.R.D. 454 (D.Conn., May 2, 2000).

8.  Goldring v. Sillery Mayer & Partners, 119 F.Supp.2d 55 (D.Conn., Mar. 29, 1999).

9.  Forbes v. Joint Medical Products Corp., 976 F. Supp. 124 (D.Conn. July 24, 1997).

10.  Whittingham v. Amherst College, 164 F.R.D. 124, 106 Ed. Law Rep. 173 (D.Mass., Dec. 8, 1995).

11.  Whittingham v. Amherst College, 163 F.D.R. 170 (D.Mass., Sept. 12, 1995).

12.  Christensen v. Chesebrough-Pond's, Inc., 862 F.Supp. 22, Pens. Plan Guide (CCH) P 23906G (D.Conn., Aug 31, 1994).

13.  Bergesen d.y. A/S v. Lindholm, 760 F.Supp. 976 1991 A.M.C. 2839 (D.Conn., Apr. 3, 1991).

14.  Bank of America Nat. Trust and Sav. Ass'n v. Envases  Veneozlanos, S.A., 740 F.Supp. 260 (S.D.N.Y., June 23, 1990).

15.  Deer Creek Fabrics, Inc. v. Colyer, 30 Conn L. Rptr. 692 (Conn. Super., July 19, 2005).

16.  Stewart v. Cendant Mobility Services Corp., 267 Conn. 96 (Conn., Dec. 23, 2003).

17.  Wachter v. UDV North America, Inc., 75 Conn.App. 538 (Conn.App., Mar. 11, 2003).

18. TDS Painting and Restoration, Inc. v. Copper Beech Farm, Inc., 262 Conn. 925 (Conn., Dec. 19, 2002).

19. TDS Painting and Restoration, Inc. v. Copper Beech Farm, Inc., 73 Conn.App. 492 (Conn.App., Nov. 12, 2002).

20. Post Road Iron Works, Inc. v. Lexington Development Group, Inc., 54 Conn.App. 534, (Conn.App., Aug 17, 1999).

21. SFP Tisca v. Robin Hill Farm, Inc., 244 Conn. 721, (Conn., May 12, 1998).

22. TDS Painting and Restoration, Inc. v. Copper Beech Farm, Inc., 243 Conn. 908, (Conn., Sept. 18, 1997).

23. TDS Painting and Restoration, Inc. v. Copper Beech Farm, Inc., 45 Conn.App. 743, (Conn.App., July 22, 1997).

24. Board of Educ. of City of Bridgeport v. Bridgeport Educ. Ass'n, 9 Conn.App. 199, (Conn.App., Nov. 25, 1986).