**EXHIBIT F**

# Martin, Lucas & Chioffi, LLP

COUNSELORS AT LAW

STAMFORD, CONNECTICUT | NEW YORK, NEW YORK

177 Broad Street  
Stamford, Connecticut 06901

March 6, 2007

Telephone: 203 973 5200  
Facsimile: 203 973 5250

www.mlc-law.com

**_VIA HAND DELIVERY_**

Conrad S. Kee, Esq.  
Jackson Lewis LLP  
177 Broad Street  
P.O. Box 251  
Stamford, CT 06904

Re: *Katz, et al. v. The Separation Pay Plan of Texaco, Inc., et al.*  
Civil Action No. 302 CV 02201 (AWT)

Dear Shawn:

Enclosed is an updated invoice to your clients for the reasonable fees incurred to date in my clients' pursuit of their benefits in this matter. This invoice is being tendered pursuant to Separation Pay Plan of Texaco, Inc., "Expenses & Fees Reimbursement" at p.18, for immediate payment in full. To date your clients have taken the position said payment is not due until a determination of "frivolousness" is made by a court. The attempts by your clients to obtain such a ruling have proven unsuccessful and there is clearly no justification for nonpayment years on end while your clients attempt to obtain such a ruling. Continued denial of payment constitutes a breach of your clients' fiduciary obligations and obligations of payment under the Plan.

Sincerely yours,

Scott R. Lucas

SRL:bkf  
Enclosure  
cc: Mr. Larry Katz  
   Mr. Kenneth Raftery

# Martin, Lucas & Chioffi, LLP

COUNSELORS AT LAW

STAMFORD, CONNECTICUT | NEW YORK, NEW YORK

177 Broad Street  
Stamford, Connecticut 06901

March 6, 2007

Telephone: 203 973 5200  
Facsimile: 203 973 5250

www.mlc-law.com

Re:  *Katz, et al. v. The Separation Pay Plan of Texaco, Inc., et al.*  
*Civil Action No. 302 CV 02201 (AWT)*

*FOR PROFESSIONAL SERVICES RENDERED*  
from the onset of this matter through March 5, 2007 as follows:

| *Timekeeper* | *Hours* | *Fees* |
|---|---|---|
| Scott R. Lucas, Partner | 264.20 | $105,680.00 |
| Mary Alice S. Canaday, Associate | 359.10 | $105,934.50 |
| Michel Bayonne, Associate | 62.50 | $ 12,500.00 |
| Claire E. Ryan, Associate | 1.00 | $     275.00 |
| John M. Reh, Associate | .30 | $      63.00 |
| Bonnie K. Ford, Paralegal | 61.10 | $   9,165.00 |
| *Totals:* | 748.20 | $233,617.50 |
| *Disbursements:* | | $   9,299.06 |
| *Total Fees & Disbursements:* | | $242,916.56 |

Interest (CT statutory rate: 10%  
compounded annually from 2002 as incurred):

| | | |
|---|---|---|
| 2002 | = | $         0.00 |
| 2003 | = | $  1,459.44 |
| 2004 | = | $11,111.46 |
| 2005 | = | $21,916.61 |
| 2006 | = | $24,110.43 |
| (Through March)2007 | = | $  7,366.94 |

*Total Interest:*  $ 65,964.88

*TOTAL (Fees, Costs, Interest through March 2007):*  $308,881.44