UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LARRY A. KATZ<br>And KENNETH M. RAFTERY, | : <br> : <br> : | CIVIL ACTION NO.<br>302 CV 02201 (AWT) |
| Plaintiffs, | : <br> : | |
| V. | : <br> : | |
| THE SEPARATION PAY PLAN<br>OF TEXACO, INC.<br>And TEXACO, INC., | : <br> : <br> : <br> : | |
| | : | JUNE 25, 2007 |
| Defendants. | : | |

MOTION TO SEAL EXHIBIT B(3) TO PLAINTIFF'S
MOTION FOR AWARD OF SUPPLEMENTAL FEES AND COSTS

Pursuant to Rule 5(d) of the Local Rules of the United States District Court District of Connecticut, plaintiffs Larry A. Katz and Kenneth M. Raftery hereby moves to seal Exhibit B(3) to their Motion for Attorneys' Fees and Costs dated June 25, 2007, which contains the detailed time entries of the attorneys and paralegal who performed work in the litigation. Many of the time entries contain information relating to discussions with the client and the topic of said discussions, as well as descriptions of work product. As such, this information reflects privileged material and discussions and should not be open for public viewing.

For the foregoing reasons, plaintiffs respectfully request that the Court grant their Motion to Seal Exhibit B(3) to their Motion for Attorneys' Fees and Costs.

By /s/
Scott R. Lucas (ct00517)
Mary Alice S. Canaday (ct17608)
*Attorneys for Plaintiffs*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com

## *CERTIFICATE OF SERVICE*

This is to certify that on this 25th day of June, 2007, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties, as listed below, by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

Conrad S. Kee, Esq.
Alison Jacobs Wice, Esq.
Jackson Lewis LLP
177 Broad Street, P.O. Box 251
Stamford, CT 06904
Phone: (203) 961-0404
Fax: (203) 324-4704
KeeC@JacksonLewis.com
wicea@jacksonlewis.com

Jennifer B. Courtian, Esq.
Jackson Lewis LLP
59 Maiden Lane
New York, NY 10038-4502
Phone: (212) 545-4000
Fax: (212) 972-3213
courtiaj@jacksonlewis.com

_____
Scott R. Lucas (ct00517)
Martin Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT 06902
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com

3