UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY A. KATZ<br>And KENNETH M. RAFTERY,<br><br>　　　　　Plaintiffs,<br><br>V.<br><br>THE SEPARATION PAY PLAN<br>OF TEXACO, INC.<br>And TEXACO, INC.,<br><br>　　　　　Defendants. | :<br>:　CIVIL ACTION NO.<br>:　302 CV 02201 (AWT)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:　JUNE 25, 2007<br>: |

### NOTICE OF MANUAL FILING

Please take notice that plaintiffs Larry A. Katz and Kenneth M. Raftery have manually filed the following documents or things:

　　(1)　Exhibit B(3) to their Motion for Attorneys' Fees and Costs dated June 25, 2007.

This document has not been filed electronically because it cannot be converted to an electronic format because of their length, as well as the fact it is being filed in connection with a Motion to Seal pursuant to Local Rule 5(d).

This document has been manually served on all parties.

　　　　　　　　　　　　　　By /s/
　　　　　　　　　　　　　　Scott R. Lucas (ct00517)
　　　　　　　　　　　　　　Mary Alice S. Canaday (ct17608)
　　　　　　　　　　　　　　*Attorneys for Plaintiffs*
　　　　　　　　　　　　　　MARTIN, LUCAS & CHIOFFI, LLP
　　　　　　　　　　　　　　177 Broad Street
　　　　　　　　　　　　　　Stamford, CT 06901
　　　　　　　　　　　　　　Phone: (203) 973-5200
　　　　　　　　　　　　　　Fax: (203) 973-5250
　　　　　　　　　　　　　　slucas@mlc-law.com

## *CERTIFICATE OF SERVICE*

This is to certify that on this 25th day of June, 2007, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties, as listed below, by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

Conrad S. Kee, Esq.
Alison Jacobs Wice, Esq.
Jackson Lewis LLP
177 Broad Street, P.O. Box 251
Stamford, CT 06904
Phone: (203) 961-0404
Fax: (203) 324-4704
KeeC@JacksonLewis.com
wicea@jacksonlewis.com

Jennifer B. Courtian, Esq.
Jackson Lewis LLP
59 Maiden Lane
New York, NY 10038-4502
Phone: (212) 545-4000
Fax: (212) 972-3213
courtiaj@jacksonlewis.com

Scott R. Lucas (ct00517)
Martin Lucas & Chioffi, LLP
177 Broad Street
Stamford, CT 06902
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com