UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LARRY A. KATZ<br>And KENNETH M. RAFTERY, | : | CIVIL ACTION NO.<br>3:02-cv-02201 (AWT) |
| Plaintiffs, | : | |
| V. | : | |
| THE SEPARATION PAY PLAN<br>OF TEXACO, INC.<br>And TEXACO, INC., | : | |
| | : | JUNE 25, 2007 |
| Defendants. | : | |

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 4(a)(1), plaintiffs Larry A. Katz and Kenneth M. Raftery hereby give notice of their appeal to the United States Court of Appeals for the Second Circuit from the "Order Re Recommended Ruling" dated September 29, 2006 (attached hereto as Exhibit A) accepting, over objection, the August 31, 2006 Recommended Ruling of Magistrate Judge Martinez (attached hereto as Exhibit B) which recommended granting defendant's Motion for Summary Judgment. A Judgment and Amended Judgment were entered on May 23, 2007 and June 7, 2007, respectively, granting plaintiffs' Motion for Summary Judgment on defendants' counterclaims, and granting defendants' Motion for Summary Judgment on plaintiffs' claims. (See Judgment and Amended Judgment attached hereto as Exhibit C.)

A check in the amount of $455.00 is enclosed herewith covering the $450 docket fee and the $5 processing fee.

By_____
Scott R. Lucas (ct00517)
*Attorney for Plaintiffs*
MARTIN, LUCAS & CHIOFFI, LLP
177 Broad Street
Stamford, CT 06901
Phone: (203) 973-5200
Fax: (203) 973-5250
slucas@mlc-law.com

## *CERTIFICATE OF SERVICE*

This is to certify that on this 25th day of June, 2007, a copy of the foregoing was mailed, first class, postage prepaid, to:

Conrad S. Kee, Esq.
Alison Jacobs Wice, Esq.
Jackson Lewis LLP
177 Broad Street, P.O. Box 251
Stamford, CT 06904
Phone: (203) 961-0404
Fax: (203) 324-4704
KeeC@JacksonLewis.com
wicea@jacksonlewis.com

Jennifer B. Courtian, Esq.
Jackson Lewis LLP
59 Maiden Lane
New York, NY 10038-4502
Phone: (212) 545-4000
Fax: (212) 972-3213
courtiaj@jacksonlewis.com

Scott R. Lucas, Esq.