**EXHIBIT C**

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LARRY A. KATZ, and            :
KENNETH M. RAFTERY
                              :

    v.                        :   CASE NO. 3:02CV2201 (AWT)

SEPARATION PAY PLAN OF TEXACO, :
INC., and TEXACO, INC.

## JUDGMENT

This action having come on for consideration of the plaintiffs' renewed motion for summary judgment also addressing subject matter jurisdiction before the Honorable Alvin W. Thompson, United States District Judge and,

The court having considered the full record of the case including applicable principles of law, and having filed its order granting the motion, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiffs Larry A. Katz, and Kenneth M. Raftery with respect to the defendant's counterclaim seeking a declaratory judgment that plaintiffs' claims are frivolous.

Dated at Hartford, Connecticut, this 23rd day of May, 2007.

                              KEVIN F. ROWE, Clerk


                         By _____/s/  SLS_____
                              Sandra Smith
                              Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY A. KATZ, and <br> KENNETH M. RAFTERY | : <br> : |
| v. | : CASE NO. 3:02CV2201 (AWT) |
| SEPARATION PAY PLAN OF TEXACO, <br> INC., and TEXACO, INC. | : |

### AMENDED JUDGMENT

This action came on for consideration of cross motions for summary judgment before the Honorable Donna F. Martinez, United States Magistrate Judge, and the Honorable Alvin W. Thompson, United States District Judge.

The Honorable Donna F. Martinez considered the full record of the case including applicable principles of law, and filed a recommended ruling granting the defendants' motion for summary judgment, and denying without prejudice the plaintiffs' motion for summary judgment. The court accepted the recommended ruling over objection.

The plaintiffs filed a renewed motion for summary judgment also addressing subject matter jurisdiction, which was considered by Judge Thompson, who entered an order granting the renewed motion.

-2-

Accordingly, it is therefore ORDERED, ADJUDGED and DECREED that: 1) judgment is hereby entered in favor of the defendants with regard to the plaintiffs' claims in count one of the complaint; and 2) judgment is hereby entered in favor of the plaintiffs with respect to the defendants' counterclaim seeking a declaratory judgment that plaintiffs' claims are frivolous.

Dated at Hartford, Connecticut, this 7th day of June, 2007.

KEVIN F. ROWE, Clerk


By \_\_\_\_/s/ SLS_____
    Sandra Smith
    Deputy Clerk