UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY A. KATZ and,<br>KENNETH M. RAFTERY,<br>            Plaintiffs,<br>vs.<br><br>THE SEPARATION PAY PLAN OF<br>TEXACO, INC. and TEXACO INC.<br><br>            Defendant. | CASE NO. 3: 02CV02201(AWT)<br><br><br><br><br><br><br>June 29, 2007 |

**DEFENDANT'S MOTION TO EXTEND TIME
TO FILE A MOTION FOR ATTORNEYS' FEES**

Pursuant to Rule 7(b) and Rule 11 of the Local Rules of Civil Procedure, Defendants, the Separation Pay Plan of Texaco and Texaco Inc., respectfully request that the deadline to file their Motion for Attorneys' Fees be extended from July 9, 2007 to July 17, 2007.

In support of this Motion, the Defendants submit:

1.   Additional time is required for the undersigned to prepare a Motion for Attorneys' Fees because lead counsel has recently been traveling extensively and will be out of the country next week.

2.   Counsel for Defendants attempted to contact Plaintiffs' Counsel regarding this Motion; however, despite diligent efforts, Defendants' Counsel could not ascertain Plaintiffs' Counsel's position with regard to this extension.

3.   This is Defendant's first Motion to extend the time to file a Motion for Attorneys' Fees with respect to this time limitation.

**WHEREFORE,** Defendants respectfully request that this Motion to Extend Time be granted.

                        Respectfully submitted,

                        JACKSON LEWIS LLP

                        By: _____
                        Conrad S. Kee (CT 16904)
                        Tal A. Kadar (CT 26723)
                        177 Broad Street
                        P.O. Box 251
                        Stamford, Connecticut 06904-0251
                        Tel: (203) 961-0404
                        Fax: (203) 324-4704
                        E-mail: Keec@jacksonlewis.com

                        ATTORNEYS FOR DEFENDANTS
                        THE SEPARATION PAY PLAN OF TEXACO
                        INC. AND TEXACO INC.

### CERTIFICATION

I hereby certify that on this date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing as indicated below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Tal A. Kadar