# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

LARRY A. KATZ                          :
And KENNETH M. RAFTERY,                :        DOCKET NO.
                                       :        07-2796-CV
    Plaintiffs/Appellants,         :

V.                                     :

THE SEPARATION PAY PLAN                :
OF TEXACO, INC.,                       :
And TEXACO, INC.,                      :
                                       :        SEPTEMBER 5, 2007
    · Defendants/Appellees.       :



### STIPULATION WITHDRAWING APPEAL
### FROM ACTIVE CONSIDERATION,
### WITHOUT PREJUDICE AND WITH LEAVE TO REACTIVATE

    The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn from active consideration from the Court, such withdrawal to be without prejudice to a reactivation of the appeal by appellants' counsel so notifying the Clerk of this Court in writing by two weeks (i.e., 10 business days) from the District Court's ruling on Motion for Attorneys' Fees. If not thus *(or Dec. 17, 2007, whichever comes first)* reactivated, the appeal shall be subject to dismissal with prejudice.

    Withdrawal of the appeal from active consideration shall NOT operate as a dismissal of the appeal under FRAP 42(b).

                   By _____

                    Scott R. Lucas (ct00517)
                    *Attorney for Plaintiffs/Appellants*
                    MARTIN, LUCAS & CHIOFFI, LLP
                    177 Broad Street
                    Stamford, CT 06901
                    Phone: (203) 973-5200
                    Fax: (203) 973-5250
                    slucas@mlc-law.com

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____
    DEPUTY CLERK

CERTIFIED: 9/18/2007

By _____
Conrad S. Kee (CT16904)
*Attorney for Defendants/Appellees*
JACKSON LEWIS LLP
177 Broad Street, P.O. Box 251
Stamford, CT 06904
Phone: (203) 961-0404
Fax: (203) 324-4704
keec@jacksonlewis.com

**SO ORDERED:**

**FOR THE COURT**
Catherine O'Hagan Wolfe, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel
Sept. 10, 2007

2