UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY A. KATZ and,<br>KENNETH M. RAFTERY,<br>　　　　　Plaintiffs,<br><br>vs.<br><br>THE SEPARATION PAY PLAN OF<br>TEXACO, INC. and TEXACO INC.<br><br>　　　　　Defendant. | :　CASE NO. 3: 02CV02201(AWT)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:　DECEMBER 26, 2007<br>: |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby dismiss this matter with prejudice and without costs or fees to either party.

Respectfully submitted,

THE DEFENDANTS,
THE SEPARATION PAY PLAN OF
TEXACO INC., AND TEXACO INC.

By: /s/ _____
　　Conrad S. Kee (CT 16904)
　　Tal A. Kadar (CT 26723)
　　JACKSON LEWIS LLP
　　177 Broad Street
　　P.O. Box 251
　　Stamford, CT 06904-0251
　　(203) 961-0404
　　(203) 324-4704 (facsimile)

THE PLAINTIFFS,
LARRY A. KATZ AND KENNETH
RAFTERY,

By: /s/ _____
　　Scott R. Lucas (CT 00517)
　　Mary Alice S. Canaday
　　Martin, Lucas & Chioffi
　　177 Summer St.
　　Stamford, CT 06905
　　Phone: (203)324-4200
　　Fax: (203)324-8649