**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

LARRY A. KATZ
And KENNETH M. RAFTERY,

    Plaintiffs/Appellants,

v.

THE SEPARATION PAY PLAN OF TEXACO, INC.
And TEXACO, INC.

    Defendants/Appellees.

Docket No. 07-2796-CV

*United States Court of Appeals Filed DEC 2 7 2007 Catherine O'Hagan Wolfe, Clerk, Second Circuit*

### STIPULATION WITHDRAWING APPEAL

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

_____
Attorney for Appellant
Scott R. Lucas, Esq., Martin, Lucas &
Chioffi, LLP, 177 Broad St., Stamford
CT 06901  Ph: (203) 973-5200

_____
Attorney for Appellee
Conrad S. Kee, Esq., Tal A. Kadar, Esq.
Jackson Lewis LLP, 177 Broad St., Stamford
CT 06904-0251  Ph: (203) (61-0404

Dated: Dec 27 2007

SO ORDERED:
FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

COUNSEL: Please print name and firm under signature.

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

Issued as Mandate: